## Deposits

| Date | Description | Amount |
|------|-------------|--------|
| ████████████████████████████████████████████████████████ | | |

## Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/20/2025 | ACH Deposit EPX ST 034097362 MERCH SETL | $866.00 |
| 06/25/2025 | Wire Deposit Texas Security B Wires FRANK LLOYD WRIGHT BL | $185,000.00 |

## Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| ████████████████████████████████████████████████████████ | | |


Member FDIC
EQUAL HOUSING LENDER