# EXHIBIT B-3

**Price Tower artifacts are missing. Here's everything we know.**

**FOR SUBSCRIBERS**

# Price Tower artifacts are missing. Here's everything we know.

**ANDY DOSSETT**   Bartlesville Examiner-Enterprise



0:09   |   0:42

Show Caption ⌄

## Story Summary

- Court records show protected items were sold despite preservation easement.
- Gallery in Dallas listed Price Tower artifacts for nearly $1 million.
- Some artifacts not covered by legal protections were also sold.

After almost a year of speculation and community concern, the Frank Lloyd Wright Conservancy has confirmed that protected artifacts are missing from Price Tower, and their return remains uncertain.

Executive Director Barbra Gordon said the Conservancy verified the loss during a recent easement visit to the building, which has stood vacant since August 2024.



The iconic Price Tower is Frank Lloyd Wrights realized skyscraper and is located in downtown Bartlesville.
ANDY DOSSETT / EXAMINER-ENTERPRISE

"We took our easement list, the collections list, and we just went through the

Many of the items are considered protected under a legal preservation easement held by the Conservancy — an agreement that safeguards specific architectural elements, furnishings and fixtures designed by Wright himself.

## What happened to the missing artifacts at Price Tower?

The *Examiner-Enterprise* reported in April 2024 that historic artifacts were being loaded into a box truck outside Price Tower. Through the *EE's* investigation, it was revealed that the Price Tower's owners sold a number of significant items — including pieces designed by Frank Lloyd Wright and Bruce Goff — despite earlier promises to preserve the building's legacy.

Among the most significant losses was the Shin'enKan gate, a prominent feature displayed outside the tower since 2002. Originally from Joe Price's Bruce Goff-designed home that burned down in 1996, the gate was dismantled, loaded onto a truck, and shipped to Dallas, where it and other items resurfaced at 20cdesign, a high-end design gallery.

**More:** Wright artifacts sold from Price Tower, valued over $125k, up for sale in Dallas gallery

Initially, owner Cynthia Blanchard said the items were sold due to financial hardship. She said the gate was only being restored — but later said it had been sold "to save it." She declined to disclose how much was raised, what artifacts were sold and if she would continue to sell artifacts.

Court documents revealed accusations, which were confirmed by the Conservancy's audit, that Blanchard sold three copper relief panels, two copper stools, two copper tables and a rolling display — items considered protected under the preservation easement.

Additional artifacts, including the Shin'enKan gate, a Phoenix sculpture, an ashtray, fire-damaged relics and a Frank Lloyd Wright-designed light fixture, were also sold but are not covered by the easement, according to the same filings.



The Shin'enKan gate was put on display out side the Price Tower by the Friends of Shin'enKan in 2002.
ANDY DOSSETT / EXAMINER-ENTERPRISE

Bankruptcy records show Blanchard's company, Copper Tree Inc., reported $150,000 in revenue that appear tied to the sale of these items.

Listings on 20cdesign and the online marketplace 1stDibs.com show several Frank Lloyd Wright-designed items from Price Tower with a combined asking price of approximately $1 million. Not all artifacts sold by Blanchard have been publicly accounted for, and the full extent of what items not protected under the Conservancy's easement removed from the Tower remains unclear.

Community members expressed concern on the gallery's Facebook page after it posted pictures of some of the items, which have now been removed. Former Shin'enKan curator Mary Winn Dills said the gate and other Shin'enKan objects were loaned, not given, to the Price Tower and questioned whether they'd ever be returned.

**DuckDuckGo blocked this post to prevent Facebook from tracking you**

We blocked Facebook from tracking you when the page loaded. If you unblock this content, Facebook will know your activity. **Learn More**

**Unblock Facebook Post**

"I'm skeptical we will get it back — if it's gone, what difference does it make?" Dills said in an interview with the *EE,* "They don't have any money. How can they pay for the gate to be restored?"

**More:** Price Tower: Sold for the debt, $10 and a promise



John Waters from the Frank Lloyd Wright Conservancy inventories the Price Tower's copper relief panels during a site visit in March 2025.
PROVIDED BY BARBARA GORDAN

"If we can get this building sold — our hope is that these items can be reunited with the building," Gordon said.

## A 'tough girl' still standing

Despite months of vacancy and mounting concerns that the building might have severely deteriorated, the Conservancy found the tower in surprisingly stable condition during its March 2025 visit.

**More:** Price Tower to change hands, but $1.4M stays with court

"The building really is a tough girl," Gordon said. "We feared a lot worse than we saw."

While Gordon said that the Conservancy does not conduct full structural inspections, the team found that much of the architectural fabric — including built-ins and interiors — remains intact.

"It wasn't in great shape back in 2022 either," she added, "but it's holding its own."

Leaks were noted on the 18th and 19th floors, along with general wear throughout. Still, the core integrity of many historic interiors appeared unchanged since its last assessment.

## Price Tower set for auction on May 6

Price Tower is slated to be sold by a federal bankruptcy court at auction, with all bids due by April 28. The McFarland Group, currently the stalking horse bidder of $1.4 million, has signed a memorandum of understanding to honor the easement terms should it take ownership. Gordon said no other potential buyers have reached out about the preservation easement.

In the meantime, she urged Bartlesville residents to support whoever steps up to steward the building next.

"Really rally around that person — or that company, or whatever the entity would be," she said. "Bring this person into the community and help them be successful."

Accessibility · Our Ethical Principles · Responsible Disclosure · ☑☒ Your Privacy Choices

"The Price Tower continues to be endangered," she said. "It's an old business model that hasn't worked for a long time."

© Copyright Gannett 2025

She sees a tall order ahead: restoring infrastructure, developing a sustainable operating model and reconnecting the building with its missing artifacts — all while preserving its integrity as one of Wright's most unique works.

Still, the overwhelming support from the public gives her hope.

"The community in Bartlesville and beyond has really rallied around this building," Gordon said. "It's because of the people who cared that this icon is still here."

