# EXHIBIT B-4

**Bankruptcy court moves to approve Price Tower sale to McFarlin**



Show caption ▾

## McFarlin emerges as lone suitor for Price Tower: Court moves to approve $1.4M sale

**ANDY DOSSETT**  Bartlesville Examiner-Enterprise

With no competing bids submitted by the April 28 deadline, a federal
bankruptcy court is moving forward with the $1.4 million sale of Bartlesville's

The deal, first outlined in court filings earlier this month, was confirmed in a motion filed Monday by Chapter 7 Trustee Patrick J. Malloy III. Despite notice being sent to more than 900 potential bidders, no counteroffers or objections were received by the deadline.

Often called "the tree that escaped the crowded forest," the Price Tower remains one of Oklahoma's architectural crown jewels — a 19-story tower of copper and cantilevers designed by Frank Lloyd Wright, the only skyscraper he ever realized.

The transaction includes both the Price Tower building and its remaining personal property. The sale was deemed fair and equitable by the trustee, who also requested a waiver of the standard 14-day stay to expedite closing. According to the filing, the property remains without power, insurance, or utilities and has standing water in parts of the building — raising concerns about further damage or devaluation if the deal were delayed.

McFarlin didn't respond to the request to comment by the time of publication.

## Former owner's fall casts long shadow over Bartlesville

The sale marks a conclusion to what has been a public unraveling of Price Tower's ownership under Cynthia Blanchard.

Blanchard did not respond to requests for comment made by the Examiner-

Blanchard acquired the Price Tower after years of financial struggles under a local nonprofit, with a stated plan to invest $10 million. Blanchard instead presided over a period of further instability, unpaid bills and the sale of museum artifacts, all of which ultimately ended with the company filing for bankruptcy.

The bankruptcy handed control of the building over to the court, setting the stage for this week's no-contest sale.

**More:** Crypto kings and broken promises: The turbulent tale of Bartlesville's iconic Price Tower

## What's next for Price Tower?

As of Tuesday, McFarlin Building LLC had not made any public statements about its intentions for the 19-story landmark.

The Price Tower's future will also be shaped by preservation law. The building is protected by a conservation easement held by the Frank Lloyd Wright Building Conservancy, which limits what can be changed, removed, or altered. That means no renovations or flashy redesigns—any updates must preserve the architectural integrity of the building.

The Conservancy said it has already signed a Memorandum of Understanding with McFarlin to ensure the easement is honored.

honoring our preservation easement," the Conservancy said.

  

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · ☑️ Your Privacy Choices

© Copyright Gannett 2025