# EXHIBIT B-5

**Family behind Tulsa's Mayo Hotel plans $10M two-year revival of Bartlesville's Price Tower**

- Home
- Election

# Family behind Tulsa's Mayo Hotel plans $10M two-year revival of Bartlesville's Price Tower

Andy Dossett   Bartlesville Examiner-Enterprise

With the light out, the air smelling of mildew and leaves scattered across the Price Tower's floor, Macy Snyder-Amatucci sat down for her first interview since her family's company acquired the iconic Frank Lloyd Wright building.

While Snyder-Amatucci spoke to the Examiner-Enterprise May 2 about her vision for restoring the historic landmark, her father, John Snyder, kept the water at bay, which was pooling in the basement from the recent rains. Snyder said he had already removed two feet of water, and a couple more inches had returned overnight.

It was a fitting metaphor for the project ahead: a passionate group rolling up their sleeves, unafraid to get dirty for the sake of preservation. The Snyders say the project will take two years — but they're already on the ground, boots wet, restoring Wright's only skyscraper.

"We don't flip buildings," Snyder-Amatucci said. "We bring them back to life."

Snyder-Amatucci explained that the McFarlin Group, through its preservation-focused development company Brickhugger LLC, finalized its $1.4 million purchase of the Price Tower in early May after an acquisition process that began over a year ago. It's the same team behind

the resurrection of Tulsa's historic Mayo Hotel — a project, Snyder-Amatucci said, many dismissed as impossible until they proved otherwise.

The Price Tower, once a source of pride for Bartlesville and a pilgrimage site for Frank Lloyd Wright aficionados, Snyder-Amatucci says, now sits in a state of disrepair — complicated by a catch-22: power can't be safely turned on until the basement is drained, and the integrated pumps can't run until the building has power. The building has water damage, structural aging and a host of compliance upgrades ahead. But for the Snyders, that's familiar territory.

"When we made our offer last year, it wasn't like this," Snyder-Amatucci said, "But it doesn't scare us — we've taken on worse."

## 'We don't do new construction, we've done all historic renovations'

Snyder-Amatucci said Brickhugger's philosophy is in its name — an echo of treehuggers, but for historic structures. The company specializes in breathing new life into aging landmarks, not gutting them. It's completed over two dozen projects utilizing historic tax credits, mostly focusing on hotels and apartment renovations.

"We save what others throw away," said Snyder-Amatucci. "Even if a historic door doesn't meet code, we'll turn it into a piece of furniture."

The flagship resurrection, the Mayo Hotel, revived a 19-story skeleton that had sat vacant for three decades in downtown Tulsa. Snyder-Amatucci said the hotel had six owners since it closed, and there were multiple efforts to restore the property, but they all failed.

"We are used to flooded basements — we had to use boats to get around the basement of the Mayo," she joked. "Compared to all the buildings we have done, this [Price Tower] is a middle-tier project, challenging, but nothing we haven't seen before."

It was a combination of fate, family and deep architectural admiration that brought the Snyders to Bartlesville. Their business partner Dale Forrest, a Bartian with local roots and a ranch nearby, suggested they take on the project. But it was the tower's uniqueness that ultimately drew them in.

"Frank Lloyd Wright was definitely somebody who didn't conform," Snyder-Amatucci said. "I always had a passion for his work — I am somebody that respects uniqueness and respects people that have the guts to be different in a world that you know isn't always accepting of that."

## Price Tower will be a community anchor, not a commodity

The Price Tower won't be flipped or fundamentally altered. Instead, the Snyders plan to invest $10 million into transforming it into The Price Tower Hotel and Residences, a hybrid of boutique

hotel rooms and residential apartments, restoring some of Wright's original vision while accommodating modern needs.

She sees making the building a destination for Frank Lloyd Wright enthusiasts and architectural tourists, while also making the building something the community can utilize.

Snyder-Amatucci said community involvement is crucial and creating something that locals can be proud of and feel connected to, similar to their successful Mayo Hotel project in Tulsa.

"The local community matters, you have to have that support, you have to be able to appeal to them as well, not just the outside travelers," she said. "[The Mayo] wouldn't be open for 16 years if it weren't for everybody locally that supports us, whether they rent an apartment, a hotel room, bring a wedding there or eat in our restaurant."

To get the building ready, she said to expect updates to elevators, a full sprinkler system, and possibly the return of the rooftop bar, the iconic outdoor patio, and a food and beverage operation powered by the same team behind Mayo's culinary success.

"We operate everything we build," she said. "We're not doing these projects to flip them and sell them for a quick buck — we stay."

Snyder-Amatucci knows how important the Price Tower is to Bartlesville's identity.

"I think Bartlesville has such a beautiful downtown and if you have a really tall building in your downtown that's not thriving, it impacts the entire community," she said. "It affects the success of everybody else around it — it'll be great for Bartlesville to see the tower thriving."

## Museums, memories and the missing Gate

Snyder-Amatucci's approach to the tower's museum is personal and purposeful. Drawing from what her team did at the Mayo — where public spaces became immersive history lessons — she envisions more artifacts on display and historic stories told on every floor.

"People want to feel something when they walk in," she said. "They want to learn something and this building has that in spades."

She's also aware of what's missing. Some of the tower's iconic architectural elements and museum pieces, including a Shin'enKan gate, [were sold by the previous owner](). She intends to work closely with the Frank Lloyd Wright Conservancy to return the items.

Many of those items are listed and protected under a legal preservation easement held by the Conservancy — an agreement that safeguards specific architectural elements, furnishings and fixtures designed by Wright himself.

"That gate belongs here," she said. "We'll do whatever's in our power to bring it back."

# Reviving the iconic landmark, not reinventing it

The team estimates a two-year timeline from now until opening day, which includes a few months for final prep, hiring and furnishing.

Snyder-Amatucci wants to restore the Price Tower to its original glory, keeping as many original features as possible. She said they don't want to reinvent the building, but rather bring it back to how it looked when it first opened.

"We will make it bright and shiny and a place everybody can be proud of and feel good to be inside of — like it was the day it opened," she said.

Reviving a Frank Lloyd Wright skyscraper in a mid-sized Oklahoma town with passionate community stakeholders is a challenge Snyder-Amatucci says she welcomes.

"I hope the community believes in us, knows that we're here for the right reasons, knows that this is a family business and we've done this before," she said. "We are passionate about Frank Lloyd Wright and historic buildings and architecture — everything good takes time."

- [Help](#)
- [Terms of Service](#)
- [Subscription Terms & Conditions](#)
- [Privacy Policy](#)
- [Site Map](#)
- [Accessibility](#)
- [Our Ethical Principles](#)
- [Responsible Disclosure](#)
- 
- [Your Privacy Choices](#)

© Copyright Gannett 2025