# EXHIBIT B-6

**Trustee rejects a slue of claims in Price Tower bankruptcy case / Millions in bankruptcy claims tied to crypto face scrutiny from Price Tower trustee**

**FOR SUBSCRIBERS**

# Millions in bankruptcy claims tied to crypto face scrutiny from Price Tower trustee

**ANDY DOSSETT**    Bartlesville Examiner-Enterprise

5 hours ago



**Show Caption** ⌄

- Trustee said $550K loan claim by Price Tower's ex-owner, Cythina Blanchard, was disguised equity.
- Blanchard's husband seeks $597K for unpaid exec work with no records to support it said trustee.
- Claims tied to failed crypto firm Herasoft face skepticism in bankruptcy court.

What started as a $10 million promise by new owners to save Price Tower has ended in a tangle of lawsuits and millions in contested debts a bankruptcy trustee is now working to untangle.

Trustee Patrick J. Malloy III filed formal objections to several creditor claims in the Price Tower bankruptcy, many of them from individuals closely tied to Copper Tree or its former leadership. In filings submitted to federal bankruptcy court in 2025, Malloy challenges the legitimacy of claims totaling millions of dollars.

As the court-appointed Chapter 7 trustee, Malloy's role is to investigate the bankrupt estate's finances, identify valid creditor claims and recommend how available funds should be distributed. Creditors can challenge Malloy's objections, and it's up to the bankruptcy judge to decide which claims are approved or denied.

After Cynthia Blanchard's tenure overseeing the Price Tower ended in a financial unraveling, marked by a list of unpaid obligations and the sale of museum artifacts, the iconic Price Tower was sold to McFarlin Building LLC, an Oklahoma-based company, for $1.4 million after no other bids emerged during the bankruptcy sale process. The sale, approved by a federal judge, followed months of court battles with McFarlin and the previous owners over a signed purchase agreement.



The iconic Price Tower, Frank Lloyd Wright's only realized skyscraper, stands in downtown Bartlesville, Oklahoma.

ANDY DOSSETT / EXAMINER-ENTERPRISE

## Trustee rejects Blanchard's $550K loan claims and targets spouse's six-figure 'illusory' filing

Among the creditors facing objections is Cynthia Blanchard, former co-majority owner and CEO of Green Copper Holdings and Copper Tree Inc. (the Copper Entities), which owned and operated Price Tower after acquiring it from a Bartlesville nonprofit in 2023 for $10 and assuming approximately

Shortly after the Copper Entities filed for bankruptcy in February 2025, Blanchard submitted two claims totaling more than $550,000 as part of bankruptcy proceedings. In claim documents, she said that the funds were personal loans made under a 2022 "Loan Agreement" that she had signed as both lender and borrower on behalf of the Copper Entities.

Malloy disputed the legality and legitimacy of the loan agreement, arguing in court filings that the money was actually an equity investment and that the Copper Entities were never financially stable enough to secure traditional loans. As a 90% equity holder in the Copper Entities, Blanchard's contributions appear to be cash infusions, lacked formal repayment terms, were tied to the company's success, and sometimes represented claimed services rather than cash, Malloy wrote in court filings.

**More:** Price Tower to change hands, but $1.4M stays with court

Her husband and co-owner of the Copper Entities, Anthem Blanchard, filed a $597,579 claim through his company, UBAC LLC. His claim states he worked over 60 hours a week for two years as CFO, COO and CXO of the Copper Entities at a discounted rate of $80 an hour, without compensation and now seeks retroactive payment in addition to penalties. The claim is based on a contract signed by his wife on behalf of the Copper Entities.

In court filings, Malloy said that there's no evidence UBAC actually performed

called the contract "illusory" and entered into it "without adequate consideration."

Malloy is asking the court to disallow both claims and recharacterize them as equity, removing them from the pool of legitimate debts.

Malloy, in the court filings, wrote that claims appear to stem from employees of another Anthem and Cythina Blanchard-affiliated company and suggests that insider debts may have been shuffled among related entities to create the illusion of external liabilities.

## Claims tied to the former Price Tower owner's husband raise red flags

Several claims from Copper Entities' equity owners can be traced back to a separate venture led by Anthem and Cythina Blanchard: Herasoft, a Bartlesville-based cryptocurrency startup that collapsed amid unpaid debts and a federal investigation. In September 2024, the U.S. Securities and Exchange Commission accused Anthem Blanchard and his crypto-based companies, including Herasoft, of securities fraud, alleging that they fabricated contracts, inflated revenue projections and misled investors to raise over $5 million.

Cynthia Blanchard, listed as co-founder and president of Anthem Blanchard's companies, left Herasoft to run Copper Tree Inc. and oversee Price Tower. She

In 2023, Cynthia Blanchard told the Examiner-Enterprise in an interview that she planned to launch NFTs based on the Price Tower's 13,000-piece art collection. She enlisted Herasoft to develop the platform, with bankruptcy filings listing a $2.5 million price tag to digitize the collection.

As previously reported by the EE, Mike Moran, Dale Takio, and Craig Brand said Herasoft owed them money before they agreed to convert those debts into equity stakes in the Copper Entities.

**More:** Price Tower stakeholders accuse Blanchards of dodging debts, claim they're owed $200K plus

"We all were suckered into transferring debt that was owed from Anthem's company [Herasoft] into taking equity," Brand said in an interview with the EE in May 2024.

Those same individuals filed bankruptcy claims for hundreds of thousands of dollars — claims the trustee argues are either illegitimate or inflated.

- **Takio's** $472,818 claim, filed on behalf of himself and his company Takitik Enterprises, is described by Malloy as a thinly veiled attempt to collect on debts from a non-Debtor entity. Malloy's filings said the consulting agreements cited in the claim were invalid, never properly performed and terminated by the Debtor months before the bankruptcy filing. Takio is listed as an equity stakeholder of the Copper Entities.

salary and a retention bonus. Malloy's filings said the documentation supporting her claim is insufficient and the amount sought far exceeds the reasonable value of her services. Nichols is listed as an equity stakeholder of the Copper Entities.

- **Moran and Brand** both filed claims classified as equity interests, not debts — echoing their own previous statements that they exchanged Herasoft obligations for ownership in Copper Tree. In court documents, Malloy said those equity-based claims are not valid as unsecured debts and are being contested.

- **Pictoria Studios USA,** owned by Moran, sought $217,975 under a consulting agreement. Malloy's filings said the claim is actually a veiled attempt to recoup funds owed by a non-Debtor entity — likely Herasoft — and lacks adequate service documentation.

- **Paul Aubert**, a former director and legal adviser to the Price Tower entities and Herasoft, filed dual claims totaling $425,000. Malloy contends Aubert was likely compensated with equity, not cash, and that his legal engagement wasn't properly executed or enforceable. Malloy said his claim appears to stem from prior work for other entities connected to the Blanchards.

An analysis of Malloy's court filings by the EE reveals a consistent pattern: any claim potentially tied to Herasoft or other Blanchard Entities is met with skepticism. Malloy has moved to block or reduce all such claims, arguing they attempt to repackage debts from a failed venture into obligations of the Copper Entities.

Hearings on the claim objections are expected in the coming weeks. The next key deadline in the case is Sept. 29, when the trustee's final report is due. That report will help establish the pool of approved claims and guide the court in determining how the estate's remaining assets will be distributed.

The $1.4 million sale of Price Tower— Copper Enitites' only significant asset — is expected to fund creditor payouts, but bankruptcy-related fees and administrative costs will reduce that total. With no cash assets on hand at the time of filing and the hundreds of thousands in pending claims, not all claims may result in a payout.

      

Help  ·  Terms of Service  ·  Subscription Terms & Conditions  ·  Privacy Policy  ·  Site Map  ·  Accessibility  ·  Our Ethical Principles  ·  Responsible Disclosure  ·  ☑☒ Your Privacy Choices

© Copyright Gannett 2025