# EXHIBIT B-7

**Frank Lloyd Wright artifacts returned to Price Tower from private collection**

From:
Subject:
Date: Aug 11, 2025 at 12:49:11 PM
To:

xxxxxx

# EXAMINER-ENTERPRISE

# EXAMINER-ENTERPRISE

## Frank Lloyd Wright artifacts returned to Price Tower from private collection

[Andy Dossett](#)   Bartlesville Examiner-Enterprise

Show Caption

- Eleven original Frank Lloyd Wright artifacts from Bartlesville's Price Tower have been reacquired by the Frank Lloyd Wright Building Conservancy.
- The artifacts, including furniture and design elements, were sold by the previous owner and risked being dispersed.
- The Conservancy plans to return the artifacts to Price Tower, which was recently purchased by the McFarland Group.
- The artifacts' return marks a significant step in the restoration of the tower, Wright's only realized skyscraper.

Eleven original Frank Lloyd Wright-designed artifacts from Bartlesville's landmark Price Tower are back under preservation control after being sold last year, the Frank Lloyd Wright Building Conservancy announced Aug. 7.

The acquisition — which the Conservancy described as rare for the Chicago-based nonprofit that typically does not purchase artifacts — includes the tower's original lobby directory board, copper tables, stools, embossed copper panels and an armchair. Wright designed the 11 artifacts for the 19-story skyscraper. The tower was completed in 1956 and was his only realized high-rise.

The Conservancy said the pieces were in danger of being scattered on the private market.

"We negotiated a purchase price that prioritized preservation over litigation," Executive Director Barbara Gordon said. "Our aim now is to return them to the building they were designed for."

[In April 2025, the Conservancy confirmed](#) that easement-protected items were missing from Price Tower, which has stood vacant [since August 2024.](#) The Examiner-Enterprise previously reported that then-owner Cynthia Blanchard sold the artifacts, along with other significant but unprotected pieces, from the tower's collection.

The Blanchard told other news agencies in 2024 that even though they [initially agreed to abide by the easement,](#) it was no longer binding.

In April 2024, [the EE observed an unknown number of historic furnishings and fixtures](#) being loaded into a box truck outside the tower. Several later appeared at 20cdesign, a Dallas high-end design gallery, and on the luxury resale site [1stDibs.com](#), where combined asking prices approached $1 million.

Bankruptcy records show Blanchard's company, Copper Tree Inc., reported $150,000 in revenue that appears tied to those sales. Court filings confirmed she sold easement-protected copper panels, stools, tables and the directory board, along with unprotected items such as the Shin'enKan gate — a Bruce Goff-designed structure installed outside the tower in 2002 — and a Phoenix sculpture.

The Conservancy's acquisition, funded by donors, returns control of the Wright-designed pieces but not other artifacts. Gordon said the group did not purchase the Goff items because they are outside its mission and easement.

For now, the recovered pieces are in secure, museum-quality storage in Dallas. Gordon said the Conservancy plans to work with Price Tower's new owner to reinstall them for public display.

Price Tower was sold at auction on May 6, 2025, in federal bankruptcy court to the only bidder, [Tulsa-based McFarland Group.](#) As the new owners prepare for the building's next chapter, they see the return of the artifacts as a pivotal moment.

"We're absolutely thrilled that the Frank Lloyd Wright Conservancy has acquired a number of original pieces that once called Price Tower home," Macy Snyder-Amatucci, one of the tower's new owners, said.

"These artifacts are not only beautiful — they are essential chapters in the story of this iconic building and Wright's bold vision. Their return marks the beginning of a powerful restoration effort, and soon, guests from around the world will once again experience the museum in its full glory — with these extraordinary items on display where they belong."

- 

© Copyright Gannett 2025

**Tap to Download**
**EE Article 8:11:2025 Frank Lloyd Wright artifacts to return to...**
16.7 MB