# EXHIBIT B-8

**Oklahoma crypto CEO's fraud case stalls as SEC attorneys furloughed**

archive.today
webpage capture

Saved from https://www.examiner-enterprise.com/story/news/2025/10/20/oklahoma-crypto-ceo-s
no other snapshots from this url
All snapshots from host www.examiner-enterprise.com

search

20 Oct 2025 15:09:54 UTC

Webpage    Screenshot

share    download .zip    report bug or abuse    Buy me a coffee

MARKETPLACE
Search For & Place Classifieds

**EXAMINER-ENTERPRISE**

SUBSCRIBE NOW
Get 6 months free

[ News ]  Sports  Entertainment  Lifestyle  Advertise  Obituaries  eNewspaper  Legals      59°F      Subscribe      Sign In ⌄

**NEWS**

# Oklahoma crypto CEO's fraud case stalls as SEC attorneys furloughed

**Andy Dossett**
Bartlesville Examiner-Enterprise

Oct. 20, 2025, 4:04 a.m. CT



**How the government shutdown is affecting Social Security payments**
This is what to know about Social Security payments during the ongoing government shutdown.

**Key Points**

- Anthem Blanchard raised $5 million from largely Kansas based crypto investors .
- SEC alleges he misled investors with false claims, while Blanchard maintains his innocence.
- Government shutdown halts SEC's civil case in Kansas court.

In 2021, Anthem Hayek Blanchard and his wife, Cynthia, arrived in Bartlesville, Oklahoma, with big promises and investment funds.

His blockchain startup, HeraSoft — a company offering to protect businesses from ransomware through crypto-based technology — had just

raised $5 million in Series A investment.

Within two years, the company's fortunes, and Anthem Blanchard's own, would become entangled with one of the city's most recognizable landmarks and a federal securities case. That civil case stalled as the federal government shutdown has furloughed most of the SEC's attorneys, including those assigned to Blanchard's case.

## From startup optimism to mounting debts

At first, HeraSoft's arrival drew curiosity in Bartlesville. Blanchard — the adopted son of famed gold investor Anthem Blanchard Sr. — described the company as a revolutionary tool to secure digital systems through blockchain verification. Blanchard said his company would bring innovation and jobs to northeast Oklahoma.

But by 2023, investors and business partners said HeraSoft's debts had begun to pile up. In exchange for payment, several agreed to take equity in the Blanchards' newest venture — Copper Tree Inc., the company that took ownership of Bartlesville's most iconic landmark, the Frank Lloyd Wright–designed Price Tower. The Blanchards controlled the property until 2025, when a bankruptcy judge ordered its sale.

Court records reviewed by the Examiner-Enterprise indicate the bankruptcy trustee consistently moved to block or reduce claims linked to HeraSoft, arguing they were attempts to convert old startup debts into Price Tower liabilities.

**More:** Crypto kings and broken promises: The turbulent tale of Bartlesville's iconic Price Tower

## SEC alleges that Blanchard's company committed a $5 million fraud

In September 2024, the U.S. Securities and Exchange Commission filed a civil complaint against Blanchard and his company, Anthem Holdings, in the U.S. District Court for the District of Kansas. Federal regulators alleged that Blanchard raised more than $5 million by misleading investors about his company's success and the deals that supported it.

*We're always working to improve your experience. Let us know what you think.*

**Get the Daily Briefing newsletter in your inbox.**

Start your day with the morning?s top news

Delivery: Daily

Your Email →

According to the SEC, Blanchard told investors his blockchain company had secured multimillion-dollar government contracts and projected hundreds of millions in future revenue. But those deals, the agency said, never existed. The SEC claims Blanchard created "false and misleading" projections using flawed financial models that mixed up calendar quarters and inflated the company's value.

"The defendants raised over $5 million from unsuspecting investors," the complaint states. "Those investors, many of whom reside in Kansas, have now lost their investment."

Court filings also show that the SEC and Blanchard couldn't reach a settlement agreement. Blanchard's wife Cynthia is not a defendant in the case.

**More:**  SEC says Oklahoma crypto CEO used lies, exaggerations and bad math to defraud investors

## Blanchard's defense centers on jurisdiction and governmental overreach

Blanchard said in an online interview that he's innocent, calling the case "a mini, mini, mini Trump situation" of political "lawfare" and blaming the SEC's accusations on what he described as complaints from a personal stalker.

His court filings formally deny the SEC's allegations of fraud and emphasize a constitutional argument — challenging whether the SEC has the right to prosecute him at all.

Blanchard is represented by the Center for Individual Rights (CIR), a Washington-based public interest law firm known for taking constitutional challenges to federal authority. CIR argues that Blanchard's company wasn't publicly traded and that the investments in question were private agreements between sophisticated investors — the kind of transactions historically governed by state law, not federal regulators.

"Blanchard's company wasn't publicly traded. Nor were the investments he offered typical securities," CIR said on its website. "The SEC has dramatically overstepped its statutory authority and intruded in matters properly regulated by state law."

The firm's argument cites the 1982 Supreme Court case Marine Bank v. Weaver, which limited the reach of federal securities laws in private transactions. CIR said Blanchard's case could redefine that boundary: "If

the SEC can regulate every small business that raises money through personal networks, then nearly all local enterprise could fall under federal control."

According to court filings, the SEC maintains that its antifraud authority applies to all securities transactions — public or private — when investors are misled.

## A case frozen by Washington's shutdown

For now, the courtroom battle is on hold. The federal government shutdown that began on Oct. 1, 2025, has furloughed most SEC staff — including the attorneys assigned to Blanchard's case.

In an Oct. 7 filing, the SEC informed the court that its lawyers were barred from working during the shutdown and requested a temporary stay on all discovery and response deadlines. A week later, U.S. Magistrate Judge Gwynne Birzer granted the request, pausing proceedings until the agency reopens.

The delay freezes a case that was initially scheduled to continue through late 2025, with a jury trial set for Jan. 20, 2026.



# EXAMINER-ENTERPRISE

**About**

About Us

Careers

Staff Directory

Accessibility

Sitemap

Legals

Our Ethical Principles

USA TODAY Network Style Guide

Responsible Disclosure

Subscription Terms & Conditions

Advertiser Acceptance Policy

Terms of Service

Privacy Policy

California Notice at Collection

Your Privacy Choices

**Support**

Contact Us

Support Local Business

Advertise Your Business

Buy and Sell

Licensing & Reprints

Help Center

Manage Account

Give Feedback

**Stay Connected**

Subscribe Today

Newsletters

Facebook

X

eNewspaper

Archives

**Our Partners**

Jobs

Real Estate

Classifieds

Shopping

10BEST

LocaliQ Digital Marketing Solutions

© 2025 www.examiner-enterprise.com. All rights reserved.