# EXHIBIT B-9

**Frank Lloyd Wright Conservancy purchases Price Tower artifacts, avoids 'further legal action'**

archive.today
webpage capture

Saved from https://tulsaworld.com/news/local/business/article_3fd19f36-ca03-4425-9290-67dec

search

no other snapshots from this url

All snapshots from host tulsaworld.com

24 Aug 2025 20:01:47 UTC

Webpage    Screenshot

share    download .zip    report bug or abuse    Buy me a coffee

TOP STORY    SPOTLIGHT

# Frank Lloyd Wright Conservancy purchases Price Tower artifacts, avoids 'further legal action'

Aug 10, 2025 Updated Aug 11, 2025    💬 1

Price Tower has dominated Bartlesville's skyline since 1952. Frank Lloyd Wright was commissioned to create the building by Bartlesville oilman H.C. Price as a multi-use facility combining business and residential areas.

Mike Simons, Tulsa World Archive



By James D. Watts Jr.

Tulsa World Scene Reporter



Follow James D. Watts Jr.



**amazon.com**

Sign up to Amazon Prime for unlimited free delivery

amazon.com



kind pieces, have been acquired by the Frank Lloyd Wright Building Conservancy from 20c Design, a Dallas firm that has held the items for more than a year.

Barbara Gordon, executive director of the conservancy, which is dedicated to preserving and protecting the work of noted architect Frank Lloyd Wright, said the organization does not typically purchase items but that it was necessary "to prevent the further sale and dispersal of these items, and to ensure their eventual return to Price Tower."

"We felt that purchasing the items, rather than attempting a lengthy litigation strategy, was the most efficient way to use our resources to ensure that they would be preserved and reunited with the building," Gordon said.

The conservancy bought 11 pieces that were original to the Price Tower, the Bartlesville landmark that has dominated that city's skyline since 1952. Wright was commissioned to create the building by Bartlesville oilman H.C. Price as a multi-use facility combining business and residential areas.

## ▍People are also reading…

1. **Ginnie Graham: Homelessness can't be fixed without social workers doing the hard parts**

2. **City wants to spend $6 million to rehouse homeless. Here's how it would work**

3. **Police discuss rape cases reported three days apart at Hunter Park,**



**Above:** An armchair designed by Frank Lloyd Wright for the Price Tower in Bartlesville was one of the items previous owners attempted to sell in violation of a preservation easement to a Dallas firm specializing in midcentury modern designs. **Below:** The mobile directory board, a one-of-a-kind item that former owners of the Price Tower attempted to sell, is now in the custody of the Frank Lloyd Wright Building Conservancy.
Courtesy, John H. Waters

The pieces include the building's original lobby directory board, an armchair, copper tables, stools and unique embossed copper panels.

"These significant artifacts are protected under the Conservancy's preservation easement but were sold without our permission in spring 2024," Gordon said in a statement. "Thanks to persistent advocacy and lengthy negotiations, the items are now secure in the Conservancy's custodianship. We intend for the items to once again become part of the Price Tower experience for visitors."

The Frank Lloyd Wright Building Conservancy holds a preservation easement for the tower that stipulates that no owner can sell off elements of the building without the conservancy's approval.

The tower's previous owner, Cynthia Blanchard, did not think the easement applied to her, claiming that the restrictions applied only to nonprofit organizations. It was her intention, when she took over ownership of the building, to use the Price Tower as a for-profit enterprise.

In April 2024, Blanchard placed a number of items with the Dallas firm 20c Design, telling the Tulsa World her actions were a way to deal with "a financing challenge that kind of came to a head at the end of April. I can't go into details about it, but I had to make a tough decision."

Once the conservancy learned of Blanchard's actions, it began work to prevent any sale from happening.

"Our top priority was to keep these artifacts together and off the private market," Gordon said. "The purchase allowed us to secure our easement-protected items

without the uncertainty and high cost of pursuing further legal action. We're deeply grateful to the generous donors who made it possible for us to save these unique Wright-designed items."



An armchair designed by Frank Lloyd Wright for the Price Tower in Bartlesville was one of the items previous owners attempted to sell in violation of a preservation easement to a Dallas firm specializing in midcentury modern designs.

Courtesy, John H. Waters



Some of the furniture Frank Lloyd Wright designed for the Price Tower had been on display in the building.

Mike Simons, Tulsa World Archive

Gordon said the price paid for the items is confidential. When 20c Design first put

some of the items on the market through an online business called **1stDibs.com**, items such as the hexagonal armchair were listed at $88,000, while the decorative copper panels had an asking price of $44,000.

The Price Tower is now owned by Brickhugger LLC, the Tulsa firm behind the renovation of the Mayo Hotel in downtown Tulsa and the Frontier Hotel in Pawhuska. The building, which had been virtually abandoned since Blanchard shuttered it to the public in August 2024, is currently undergoing restoration.

That is why, Gordon said, the items the conservancy purchased are being held in a museum-storage facility in Dallas.

"Our goal is to return the items to Bartlesville when the time is right, she said. "There is a lot of work being done at Price Tower right now to bring it back into operation, so we feel that they are safer in storage and not in the way. The Conservancy owns them outright now, and we will work out the details with the new owners on how we can keep them with the building for the public to enjoy. The owners of Price Tower are aware of this acquisition and of our desire to work with them."

Macy Snyder-Amatucci, president of Brickhugger LLC, said: "We're absolutely thrilled that the Frank Lloyd Wright Building Conservancy has acquired a number of original pieces that once called Price Tower home. These artifacts are essential chapters in the story of this iconic building and Wright's bold vision.

"Their return marks the beginning of a powerful restoration effort," she said. "And soon, guests from around the world will once again experience the museum in its full glory — with these extraordinary items on display where they belong."

**james.watts@tulsaworld.com**

  1 Comments

### The business news you need

Get the latest local business news delivered FREE to your inbox weekly.

| Email Address | Sign up! |

* I understand and agree that registration on or use of this site constitutes agreement to its user agreement and privacy policy.



By James D. Watts Jr.
Tulsa World Scene Reporter

Follow James D. Watts Jr.



## ▌Related to this story

**WHERE YOUR STORY LIVES: Tulsa Spotlight**



## ▌Watch Now: Related Video



**India Halts US Postal Services After Trump's Tariff Shock Sparks New Trade War Escalation**

### Sites & Partners

Owasso Reporter

Sand Springs Leader

Skiatook Journal

Wagoner County American-Tribune

### Services

Manage Subscription

Contact us

Advertise with us

Newsletter Signup

Join our Team

Licensing

Shopping

Dealer Returns



© Copyright 2025 Tulsa World, 315 S. Boulder Ave. Tulsa, OK 74103

Terms of Use | Privacy Policy | Advertising Terms of Use | Do Not Sell My Info | Cookie Preferences

Powered by BLOX Content Management System from bloxdigital.com.