# EXHIBIT B-10

**Custom Furnishings From Frank Lloyd Wright's Only Skyscraper Have Been Preserved for Posterity**

Custom Furnishings From Frank Lloyd Wright's Only Skyscraper Have Been Preserved for Posterity

Subscribe to Smithsonian magazine and get a FREE tote.



# Custom Furnishings From Frank Lloyd Wright's Only Skyscraper Have Been Preserved for Posterity

The Frank Lloyd Wright Building Conservancy hopes to return the 11 artifacts to the Price Tower in Bartlesville, Oklahoma



**Sonja Anderson - Daily Correspondent**

August 18, 2025 4:35 p.m.

    

**Get our newsletter!**





These custom copper stools from Price Tower were sold in 2024 and later purchased by the Frank Lloyd Wright Building Conservancy. 20c Design

Case 1:26-cv-03722-CM    Document 1-14    Filed 05/05/26    Page 4 of 14

Earlier this year, an Oklahoma skyscraper designed by renowned architect Frank Lloyd Wright sold for $1.4 million. But for months before the Price Tower hit the auction block, its cash-strapped owners had been selling off the building's custom furnishings.



Now, 11 of those artifacts have been repurchased by the Frank Lloyd Wright Bu[...] nonprofit dedicated to preserving Wright's legacy. According to a statement fro[...] pieces had been protected under a preservation easement but had been sold anyway, without the organization's permission.

**❗ Quick fact: What is Frank Lloyd Wright known for?**

The architect was famously a pioneer of the Prairie style, which is characterized by horizontal lines, open floor plans and integration with the natural landscape.

"We negotiated a purchase price that prioritized preservation over litigation," says Barbara Gordon, executive director of the conservancy, in the statement. "Our top priority was to keep these artifacts together and off the private market. Our aim now is to return them to the building that they were designed for: Price Tower."

Located in Bartlesville, Oklahoma, Price Tower was originally intended for Manhattan. Wright designed it in the 1920s as a New York City apartment complex, but the Great Depression tanked construction. In the early 1950s, businessman Harold C. Price tasked Wright with designing the corporate headquarters for his oil pipeline company. The architect proposed using his existing blueprints from the 1920s.







A custom armchair 20c Design

Price Tower was finished in 1956, and Wright described it as "the tree that escaped the crowded forest." Central elevator shafts make up its "trunk," while green copper panels resemble leaves. The 19-story tower is the only skyscraper Wright ever built. In 2007, it was designated a National Historic Landmark.

In 2023, Cynthia and Anthem Blanchard purchased Price Tower, and the building "spiraled into a storm of scandals, legal disputes and financial chaos," reported the _Bartlesville Examiner-Enterprise_'s Andy Dossett in 2024. It was ultimately sold to the property developer McFarlin Buil company that plans to restore the skyscraper.

Like most of Wright's creations, Price Tower was filled with custom furnishings buildings "to be an integrated whole aesthetically, and believed the only way to do that was to design all elements of the space," Margo Stipe, a former director at the Frank Lloyd Wright Foundation, told _Art &_

Case 1:26-cv-03722-CM    Document 1-14    Filed 05/05/26    Page 8 of 14

*Object*'s Colleen Smith in 2017. "Throughout his career, he designed custom sofas, chairs, library tables, side tables, sideboards, dining sets, desks, display cabinets, lighting [and] hassocks."







Case 1:26-cv-03722-CM    Document 1-14    Filed 05/05/26    Page 11 of 14



The lobby directory board was one of the rescued items. John H. Waters, AIA

The conservancy's newly acquired items include Price Tower's directory board, two stools, an armchair, three copper tables and four embossed copper panels. In 2024, they were sold to 20c Design, a Dallas-based furniture dealer. Per the statement, the items are now in "secure, museum-quality art storage in the Dallas area."

"The purchase allowed us to secure our easement-protected items without the u of pursuing further legal action," Gordon says in the statement. "We're deeply g donors who made it possible for us to save these unique Wright-designed item

Case 1:26-cv-03722-CM    Document 1-14    Filed 05/05/26    Page 12 of 14

# You Might Also Like

Frank Lloyd Wright's Only Skyscraper Is Heading to Auction

August 23, 2024

This Lamp Just Became the Most Expensive Object Designed by Frank Lloyd Wright Ever Sold at Auction

May 19, 2025

You Can Spend a Night in the Last House Designed by Frank Lloyd Wright Before His Death in 1959

March 19, 2025

Historic Frank Lloyd Wright Home Added to List of Endangered Architecture in Chicago

March 18, 2025

Frank Lloyd Wright Designed His First Prairie-Style House When He Was 26. Now, It's for Sale

September 13, 2024



**Sonja Anderson Read More**

Sonja Anderson is a writer and reporter based in Chicago.



# Get the latest stories in your inbox every weekday.

First Name

Last Name

Email Address

Sign Up

Email Powered by Salesforce Marketing Cloud (Privacy Notice / Terms & Conditions)

**More about:**    American History    Architects    Architecture    Art    Artifacts    Arts    Auctions

Cultural Heritage    Cultural Preservation    Frank Lloyd Wright    History



