# EXHIBIT C-1

**Cease-and-Desist Letter from Cynthia Blanchard to Condé Nast (May 28, 2025)**

May 28, 2025

From:

Cynthia Blanchard
CEO, Copper Tree, Inc.
Managing Director, Green Copper Holdings, LLC
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Email: cynthiadblanchard@gmail.com

To:

Antonious Porch, Esq.
General Counsel
Condé Nast
One World Trade Center
New York, NY 10007
Email: antonious_porch@condenast.com

**RE: Immediate Demand to Cease and Desist – False and Defamatory Statements Published May 9, 2025**

Dear Mr. Porch,

I am writing on behalf of myself and the companies, Copper Tree, Inc. and Green Copper Holdings, LLC, to demand the immediate cessation and retraction of false and defamatory statements published on May 9, 2025, in *Architectural Digest* under the title: *"Price Tower, Frank Lloyd Wright's Only Skyscraper, Is Getting a New Beginning After Months of Controversy."*

The article, authored by Abigail Singrey and published by Condé Nast, contains multiple materially false statements that contradict public court filings, misrepresent the facts surrounding Price Tower, and defame me and affiliated companies by repeating disproven narratives and relying on a single unreliable source — the *Bartlesville Examiner-Enterprise* and its reporter, Andy Dossett — whose reporting is the subject of a separate cease and desist letter issued in January, 2025.

This is the second *Architectural Digest* article (see attached article with highlights) that republished defamatory claims sourced almost entirely from the *Examiner-Enterprise*, despite contradictory public records filed under penalty of perjury in federal proceedings. This establishes a pattern of negligent, and potentially malicious, reporting.

Below are specific examples of defamatory content and factual misrepresentations

1. **Easement Misrepresentation**

   **AD Claim:**

   *"Copper Tree allegedly began selling off some of the building's furniture and artifacts, which are protected through an easement..."*

   ***Correction:***

   *This claim is false. The alleged easement referenced by the Frank Lloyd Wright Building Conservancy was neither validated nor preserved by the federal bankruptcy court. The court authorized the asset sale of Price Tower free and clear of all liens and encumbrances, including any claims asserted by the Conservancy. Moreover, this authorization by the court confirmed the Conservancy's easement did not extend to personal property — including furniture or artifacts, proving the artifact sale was legal.*

   *The article falsely implies illegal conduct, despite the fact that these sales were lawfully authorized by the U.S. bankruptcy trustee.*

## 2. False Implication of Illegality and Ongoing Ownership Rights

**AD Claim:**

*"The easement legally prohibits removing these items from the site, and the conservancy sought legal recourse to remedy this."*

***Correction:***

No such prohibition applied post-sale. The Conservancy's claims were extinguished through the court-approved sale. This statement misleads readers by implying that a court upheld or enforced those claims — it did not.

## 3. Mischaracterization of the Acquisition and Business Intent

**AD Claim:**

*"In March 2023, Price Tower sold to Copper Tree... for a mere $10."*

**Correction:**

This statement is misleading. The transaction involved substantial financial obligations, including over $600,000 in assumed liabilities and operational debts. Describing it as a "$10" sale — without context — is both false and disparaging, implying impropriety where none existed. No one from *Architectural Digest* contacted me or to the best of my knowledge, any other executive representative of the companies for clarification.

## 4. False Reporting Regarding HeraSoft

**AD Claim:**

*"…Cynthia Blanchard's ties to HeraSoft, a cryptocurrency company helmed by her husband, Anthem Blanchard…"*

**Correction:**

This is false. HeraSoft was a software development company, not a cryptocurrency company. It never issued or operated any cryptocurrency platform. This mischaracterization, likely copied from the *Examiner-Enterprise*, was made without independent verification and is particularly damaging in light of regulatory sensitivity around digital assets.

## 5. Defamatory Statements About Financial Solvency

**AD Claim:**

*"…Anthem claimed the company was financially insolvent in court, according to the Bartlesville Examiner-Enterprise."*

**Correction:**

This is categorically false. No such statement was made by Mr. Blanchard about Hera Software Development Company in court. Furthermore, neither Green Copper Holdings nor Copper Tree was ever declared insolvent by a judge or voluntarily, prior to the Chapter 7 filings — which were pursued to ensure lawful protection during predatory litigation.

## 6. False Narrative Around Operations and Closure

**AD Claim:**

*"…Despite promises… nothing permanent materialized."*

**Correction:**

Between 2023 and mid-2024, both a restaurant and the historic Copper Bar were reopened. The hotel, Inn At Price Tower, remained open and operational through 2023 and up until August 2024. Numerous events and concerts were held, and the building remained operational and actively maintained. Contrary to AD's claim, the building had not been closed "for over a year." After August 2024, preservation efforts continued until December 2024, when — due to escalating legal costs and lack of occupancy — the building was responsibly winterized (e.g., water lines drained) to prevent damage. This was a protective measure, not neglect.

## 7. Manipulative Use of Quotes and One-Sided Sources

**AD Claim:**

Statements from the Frank Lloyd Wright Conservancy suggest that the current buyer (McFarlin) is *"showing respect for preservation standards 'in contrast' to prior ownership"*.

**Correction:**

This is a veiled attack on the former owners, unsupported by any legal ruling. The Conservancy's voluntary agreement with McFarlin does not validate its prior claims, which were contested and ultimately rendered moot by the bankruptcy court's "free and clear" order.

Neither Copper Tree nor Green Copper Holdings ever signed any agreement with the Conservancy. In fact, prior to the bankruptcy proceedings, both were actively pursuing litigation to extinguish the Conservancy's easement, based on its termination clause and lack of legal standing in Oklahoma.

Repeating these quotes without disclosing this legal context or requesting comment from the former owners is reckless and defamatory.

**Legal and Ethical Responsibility**

**Condé Nast has now published two defamatory articles based almost entirely on the biased reporting of the *Bartlesville Examiner-Enterprise*. There is no indication that *Architectural Digest* reviewed public court filings, sought clarification, or balanced its coverage.**

The legal standard for defamation includes both negligent misrepresentation and actual malice — particularly when a publisher fails to verify materially damaging claims. Condé Nast's publication meets that threshold.

**DEMAND**

You are hereby instructed to:

- Immediately retract or correct the May 5, 2025 article and any related coverage that republishes false or defamatory claims;

- Cease and desist from further defamatory coverage of me, and from republishing false or misleading claims regarding the companies, Copper Tree, Inc. or Green Copper Holdings, LLC, which remain the subject of contested legal narratives.

- Confirm in writing within ten (10) calendar days that you have complied with this demand.

- **Failure to comply will result in legal action,** including claims for defamation, false light, and other related causes of action under applicable law. We will seek both compensatory and punitive damages to the fullest extent permitted by law.

We reserve all rights and remedies.

Sincerely,

Cynthia Blanchard

CEO, Copper Tree, Inc.

Managing Director, Green Copper Holdings, LLC