# EXHIBIT C-3

**Response from Cynthia Blanchard to Terence Keegan (June 23, 2025)**

Dear Mr. Keegan,

Please see the attached letter regarding the false and defamatory article published by *Architectural Digest* on May 9, 2025.

I am submitting this in my personal capacity, and I expect a formal response within the time frame outlined.

Thank you for your attention.

Best regards,

**Cynthia D. Blanchard**

414 SE Washington Blvd. Ste 205

 Bartlesville, Oklahoma 74006

cynthiadblanchard@gmail.com


> On Wed, May 28, 2025 at 4:12 PM Keegan, Terence <terence_keegan@condenast.com> wrote:
>
> Dear Ms. Blanchard,
>
> I'm senior counsel of content and IP for Condé Nast, publisher of Architectural Digest ("AD"). Your email and letter dated May 28 have been forwarded to me. I wanted to acknowledge receipt and let you know that AD is

looking into this matter. We will be in touch with a substantive response in due course.

This email is not a full recitation of the facts related to this matter, and is without prejudice to AD and Condé Nast's rights, claims, remedies, and defenses, all of which are expressly reserved.

Sincerely,

Terence Keegan

---------- Forwarded message ---------
From: **Cynthia** <cynthiadblanchard@gmail.com>
Date: Wed, May 28, 2025 at 3:36 PM
Subject: Cease & Desist Letter Regarding Defamatory Articles
To: antonious_porch@condenast.com <antonious_porch@condenast.com>, <legalnotices@condenast.com>
Cc: paubert@me.com <paubert@me.com>

Dear Mr. Porch,

I am writing to bring to your attention the attached Cease and Desist Letter concerning defamatory articles published by one of your

magazines, Architectural Digest, authored by Abigail Singrey.

In addition to this letter, I have included supporting documentation, which includes the most recent defamatory article, with the highlighted defamation. Please note that a hard copy of these documents are also being sent to your New York City offices via certified mail for your records. I am also cc'ing Paul Aubert, Copper Tree, Inc. board member, on this correspondence.

I appreciate your prompt attention to this matter and look forward to your acknowledgment and response.

Thank you for your time and consideration.

Best regards,

**Cynthia Blanchard**

--

**TERENCE KEEGAN**
Senior Counsel, Content and IP

# CONDÉ NAST
1 World Trade Center, New York, NY, 10007, United States

AD | Allure | Ars Technica | Bon Appétit | Condé Nast Traveler | Epicurious | Glamour | GQ |

House & Garden | La Cucina Italiana | The New Yorker | Pitchfork | Self | Tatler | Teen Vogue | Them | The World of Interiors | Vanity Fair | Vogue | Wired

CONFIDENTIALITY NOTICE: This e-mail may contain information that is confidential. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.



Tap to Download
**Conde Nast Response Letter 6:23:2025.pdf**
1.4 MB