# EXHIBIT C-6

**Response from Terence Keegan, Condé Nast (July 1, 2025)**

From: Keegan, Terence terence_keegan@condenast.com
Subject: Re: Cease & Desist Letter Regarding Defamatory Articles
Date: Jul 1, 2025 at 8:00:03 PM
To: Cynthia cynthiadblanchard@gmail.com

Dear Ms. Blanchard,

I write in further response to your letters dated May 28 and June 23, and your June 26 reply to my email.

Your letters grossly mischaracterize AD's fair reporting on the public litigation over Price Tower. Most glaringly, your June 23 letter claims AD's reporting "omitted context," and your May 28 letter contends AD described Copper Tree's 2023 acquisition of Price Tower only "as a '$10' sale," without clarifying the financial obligations the transaction involved. However – as you yourself highlighted in the copy of the AD article accompanying your May 28 letter – the article's very next sentence noted that, "As part of the inexpensive price, the company [Copper Tree] agreed to take on the nonprofit's debt and pour $10 million into the preservation of the building, according to the Bartlesville Examiner-Enterprise."

Your May 28 letter demands a correction for the AD article's statement that "Despite promises from the new owners [Copper Tree] to revitalize the building through new development, including upscale restaurants, nothing permanent materialized." However, your letter also acknowledges that the hotel, restaurant, and bar that had opened during Copper Tree's ownership of the tower all closed in or around August 2024. Your May 28 letter also takes issue with the AD article's reporting in May 2025 that the Price Tower "has stood vacant for the past year." We reject any contention that the statement (or any other) is defamatory; but at any rate, by your letter's own admission, the reporting is at least substantially accurate, with the building having stood vacant for approximately nine months prior to the article's publication.

Your June 23 letter repeats the contention that by referring to your husband's prior company, HeraSoft, as a "cryptocurrency" company, AD "misrepresented" the nature of the company's business. We reject that the description was defamatory in any way. However, to the extent the description of HeraSoft was of and concerning you personally, it was at least substantially true: among its "Specialties," HeraSoft's LinkedIn profile lists "Blockchain/Crypto Wallets," "Retail Cryptocurrency Applications," "Gold Backed Cryptocurrency," and

"Cryptocurrency Consulting."

Furthermore, your May 28 letter invents a statement to bolster your accusation of AD's bias in favor of your litigation adversary, the Frank Lloyd Wright Conservancy, claiming that AD quoted the Conservancy as stating the Price Tower's new buyer is "showing respect for preservation standards 'in contrast' to prior ownership." There was no such statement in the May 9 article, nor was there any such bias. AD's article accurately referenced the Conservancy's position from the public proceedings over an easement that "allegedly" protected against the sale of furniture and artifacts from the Price Tower, as well as Copper Tree's opposing position that the sale of items was necessary "[t]o keep the building afloat." AD neutrally included a portion of the Conservancy's [public statement](#) noting that it was "reassured" by the new Price Tower buyer's "respect for Price Tower's historic significance and their commitment to honoring our preservation easement." We strongly disagree with any contention that AD was required to seek comment from you in response to this statement.

For these reasons – among others – we reject your claims that AD and Condé Nast are liable to you for any "harm" allegedly caused by AD's privileged, public-interest reporting on court proceedings behind the recent sale of this historical building. Condé Nast will vigorously defend AD against any pursuit of your letters' baseless claims, and will seek its attorneys' fees and other available sanctions, including under the Oklahoma Citizens Participation Act, as appropriate.

My June 6 email had noted AD's prompt removal of the statements you had challenged, purely as an accommodation to you. If it would fully resolve this matter, AD is willing to consider a further accommodation by adding a note to its current article to clarify that while a previous version of AD's May 2025 article stated the Price Tower had "stood vacant for the past year," it had been vacant since September 2024.

In addition, while we understand that the easement litigation between you and the Frank Lloyd Wright Conservancy remains pending, if your personal

involvement has ended or the litigation has otherwise closed, AD is willing to consider adding an update provided you could furnish AD with a decision, order, or other document from either the Oklahoma state court or federal bankruptcy court reflecting this.

This email is not a full recitation of the facts related to this matter, and is without prejudice to AD and Condé Nast's rights, claims, remedies, and defenses, all of which are expressly reserved.

Sincerely,

Terence Keegan

> On Thu, 26 Jun 2025 at 11:07, Cynthia <[cynthiadblanchard@gmail.com](mailto:cynthiadblanchard@gmail.com)> wrote:
>
> Dear Mr. Keegan,
>
> Thank you for your message.
>
> To clarify, I did receive your June 6, 2025 email and reviewed the updated article shortly thereafter. My June 23, 2025 letter was not submitted in ignorance of that communication, but because your June 6th message — and the silent edits made to the article — do not adequately address the scope of the harm caused by the original publication.
>
> The fact remains: *Architectural Digest* published false and defamatory statements that triggered reputational, financial, and legal consequences.

While the removal of the language is noted, no correction, retraction, or public clarification was issued. As a result, the defamatory content continues to circulate widely through cached versions, screenshots, social media commentary, and third-party references — all of which originated from *AD's* original, uncorrected publication.

Respectfully, this matter is not closed.

The steps taken thus far do not resolve the harm that has already occurred. I am in the process of retaining legal counsel to pursue the remedies necessary to compensate for the reputational damage and ongoing consequences of Architectural Digest's actions.

As stated in my June 23 letter, if the remedies outlined are not satisfied within the stated time frame, I will proceed accordingly.

Best Regards,

Cynthia D. Blanchard

On Wed, Jun 25, 2025 at 12:40 PM Keegan, Terence <terence_keegan@condenast.com> wrote:

Dear Ms. Blanchard,

Thank you for your June 23 email and letter. I'm writing to clarify any seeming confusion.

Below please find a copy of an email I sent you on June 6 in substantive response to your May 28 letter, informing you that AD removed the sentences from its [Price Tower article](#) that your May 28 letter had highlighted. I trusted AD's prompt response – within the 10-day timeframe your May 28 letter had demanded – fully resolved your concerns.

Because your June 23 letter references only my initial acknowledgment of receipt to you from May 28, I'm unsure whether you have seen AD's updated article and my June 6 response. I would appreciate you confirming that this matter is closed.

This email is not a full recitation of the facts related to this matter, and is without prejudice to AD and Condé Nast's rights, claims, remedies, and defenses, all of which are expressly reserved.

Sincerely,

Terence Keegan

---------- Forwarded message ---------

From: **Keegan, Terence** <[terence_keegan@condenast.com](mailto:terence_keegan@condenast.com)>

Date: Fri, 6 Jun 2025 at 13:27

Subject: Re: Cease & Desist Letter Regarding Defamatory Articles

To: <[cynthiadblanchard@gmail.com](mailto:cynthiadblanchard@gmail.com)>

Dear Ms. Blanchard,

Thank you for your recent email and letter regarding AD's Price Tower

reporting. We disagree with your letter's contentions about the article, and stand by AD's privilege under the law to fairly report on public proceedings such as the litigation involving Price Tower. However, purely as an accommodation to you, AD in its editorial discretion has updated the [Price Tower article](#) to remove the sentences your letter had highlighted. I trust this fully resolves your concerns.

This email is not a full recitation of the facts related to this matter, and is without prejudice to AD and Condé Nast's rights, claims, remedies, and defenses, all of which are expressly reserved.

Sincerely,


**TERENCE KEEGAN**
Senior Counsel, Content and IP


# CONDÉ NAST
1 World Trade Center, New York, NY, 10007, United States


AD | Allure | Ars Technica | Bon Appétit | Condé Nast Traveler | Epicurious | Glamour | GQ | House & Garden | La Cucina Italiana | The New Yorker | Pitchfork | Self | Tatler | Teen Vogue | Them | The World of Interiors | Vanity Fair | Vogue | Wired


CONFIDENTIALITY NOTICE: This e-mail may contain information that is confidential. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.


On Mon, 23 Jun 2025 at 15:13, Cynthia <[cynthiadblanchard@gmail.com](mailto:cynthiadblanchard@gmail.com)>

wrote:

Dear Mr. Keegan,

Please see the attached letter regarding the false and defamatory article published by *Architectural Digest* on May 9, 2025.

I am submitting this in my personal capacity, and I expect a formal response within the time frame outlined.

Thank you for your attention.

Best regards,

**Cynthia D. Blanchard**

414 SE Washington Blvd. Ste 205

 Bartlesville, Oklahoma 74006

cynthiadblanchard@gmail.com


On Wed, May 28, 2025 at 4:12 PM Keegan, Terence

<terence_keegan@condenast.com> wrote:

Dear Ms. Blanchard,

I'm senior counsel of content and IP for Condé Nast, publisher of Architectural Digest ("AD"). Your email and letter dated May 28 have been

forwarded to me. I wanted to acknowledge receipt and let you know that AD is looking into this matter. We will be in touch with a substantive response in due course.

This email is not a full recitation of the facts related to this matter, and is without prejudice to AD and Condé Nast's rights, claims, remedies, and defenses, all of which are expressly reserved.

Sincerely,

Terence Keegan

---------- Forwarded message ---------
From: **Cynthia** <cynthiadblanchard@gmail.com>

Date: Wed, May 28, 2025 at 3:36 PM

Subject: Cease & Desist Letter Regarding Defamatory Articles

To: antonious_porch@condenast.com <antonious_porch@condenast.com>, <legalnotices@condenast.com>

Cc: paubert@me.com <paubert@me.com>

Dear Mr. Porch,

I am writing to bring to your attention the attached Cease and Desist Letter

concerning defamatory articles published by one of your magazines, Architectural Digest, authored by Abigail Singrey.

In addition to this letter, I have included supporting documentation, which includes the most recent defamatory article, with the highlighted defamation. Please note that a hard copy of these documents are also being sent to your New York City offices via certified mail for your records. I am also cc'ing Paul Aubert, Copper Tree, Inc. board member, on this correspondence.

I appreciate your prompt attention to this matter and look forward to your acknowledgment and response.

Thank you for your time and consideration.

Best regards,

**Cynthia Blanchard**

--

**TERENCE KEEGAN**
Senior Counsel, Content and IP



1 World Trade Center, New York, NY, 10007, United States

AD | Allure | Ars Technica | Bon Appétit | Condé Nast Traveler | Epicurious | Glamour | GQ | House & Garden | La Cucina Italiana | The New Yorker | Pitchfork | Self | Tatler | Teen Vogue | Them | The World of Interiors | Vanity Fair | Vogue | Wired

CONFIDENTIALITY NOTICE: This e-mail may contain information that is confidential. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.

--

**TERENCE KEEGAN**
Senior Counsel, Content and IP

# CONDÉ NAST
1 World Trade Center, New York, NY, 10007, United States

AD | Allure | Ars Technica | Bon Appétit | Condé Nast Traveler | Epicurious | Glamour | GQ | House & Garden | La Cucina Italiana | The New Yorker | Pitchfork | Self | Tatler | Teen Vogue | Them | The World of Interiors | Vanity Fair | Vogue | Wired

CONFIDENTIALITY NOTICE: This e-mail may contain information that is confidential. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.

--

**TERENCE KEEGAN**

Senior Counsel, Content and IP

# CONDÉ NAST

1 World Trade Center, New York, NY, 10007, United States

AD | Allure | Ars Technica | Bon Appétit | Condé Nast Traveler | Epicurious | Glamour | GQ | House & Garden | La Cucina Italiana | The New Yorker | Pitchfork | Self | Tatler | Teen Vogue | Them | The World of Interiors | Vanity Fair | Vogue | Wired

CONFIDENTIALITY NOTICE: This e-mail may contain information that is confidential. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.