# EXHIBIT C-7

**Cease-and-Desist Letter from Cynthia Blanchard to Gannett (January 5, 2025)**

January 5, 2025

**Cynthia Blanchard/Copper Tree, Inc. Green Copper Holdings, LLC**
414 SE Washington Blvd. Ste. 205
Bartlesville OK. 74006
Via Certified Mail and Email

**Gannett Company, Inc.**
ATTN: Legal Department/Chief Legal Counsel Polly Grunfeld Sack
1675 Broadway, Fl. 23
New York NY 10019

**Re: Cease and Desist Letter Regarding Defamatory Articles by Andy Dossett and Bartlesville Examiner Enterprise**

Dear Ms. Grunfeld Sack, Chief Legal Counsel,

I am writing to formally demand that **Gannett Company, Inc.** and the **Bartlesville Examiner-Enterprise** immediately cease and desist the publication, dissemination, and promotion of false, defamatory, and libelous articles authored by your reporter, **Andy Dossett**, targeting me, our companies, and our operations.

The most recent article, **"AG Office Silent on Year-Old Complaints Made About Price Tower Owners,"** published on or around December 25, 2024, focuses on statements by Kevin Adams, who served as the criminal defense attorney for an individual who has stalked and harassed me, my husband, our companies, families, employees, board directors, advisors, and friends for years. This individual was arrested on stalking charges in December 2021, extradited to Washington County in January 2022, and ultimately tried in Washington County criminal court in February 2023 on felony computer crimes charges. Mr. Adams' letter, referenced in the article, contains false and defamatory statements that are clearly vengeful and retaliatory in nature.

This article is part of a sustained pattern of defamation by Mr. Dossett. To date, **over a dozen or more articles,** many of which exhibit a clear bias and contain demonstrably false statements about me and our companies have been published, which include:

1. **Baseless Accusations of Financial Misconduct:**

   o Repeated allegations of fraud, including cryptocurrency schemes and unethical financial dealings, without any supporting evidence.

2. **Mischaracterization of Price Tower's Acquisition:**

- Claims that the acquisition was unethical or failed to meet regulatory standards, despite no substantiation.

3. **Assertions of Criminal Behavior:**

   - Unfounded insinuations of "ongoing criminal activity," relying on speculation and unverifiable sources.

4. **Intentional Misrepresentation of Facts:**

   - Misstatements about business operations, financial obligations, and internal decisions to create a false and damaging narrative.

These actions clearly meet the standard for defamation under U.S. law, causing significant harm to my personal and professional reputation, as well as to our companies . The lack of direct editorial oversight at the Bartlesville Examiner-Enterprise has exacerbated this issue, allowing Mr. Dossett to publish unchecked and damaging content without accountability.

**Irresponsible and Dangerous Reporting:**

Mr. Dossett's failure to investigate the context of Kevin Adams' March 28, 2023, complaint to the Oklahoma Attorney General demonstrates a shocking level of irresponsibility. This complaint was filed the day after Mr. Adams requested a continuance for a hearing on a protective order (Case No. PO-2021-156) against his client, effectively delaying proceedings while the order remained active. Although the protective order was ultimately dropped in June 2023, as it transitioned into a civil matter requiring additional legal resources, this person continued his harassment, forcing me to file another police report and seek another protective order against him. Despite the court's attempts, he evaded service multiple times. By disregarding these critical facts, Dossett's reporting not only perpetuates false narratives but also creates a dangerous environment by enabling ongoing harassment. This failure to investigate properly reflects a gross lack of journalistic integrity and places my safety, as well as that of my family and colleagues, at risk.

Gannett's failure to use verifiable facts has led to an unrelenting and dangerous escalation based on false statements that compound upon one another and this lack of diligence has had devastating consequences that  has terrorized me, my family, our  businesses, and has contributed to tremendous community unrest.

For clarity, while I have made myself available for comment in the past, Mr. Dossett repeatedly misrepresented my words and twisted them into negative narratives that bore little resemblance to the truth. On multiple occasions, his reporting selectively framed my statements to fit a damaging agenda, leaving me no choice but to cease engaging with him to protect myself from further misuse and distortion of my words. This pattern of abuse underscores the lack of

journalistic integrity in his reporting and further demonstrates why I can no longer trust the Bartlesville Examiner-Enterprise to act in good faith.

Also it is important to note that after an initial cluster of attack articles (four in one week) in late April and early May 2024, I consulted with two attorneys who advised me that taking legal action against a large publishing company as a perceived "public person" would be challenging. They recommended that I continue gathering evidence and building a case. While this advice was prudent, it was deeply disheartening to endure the publication of more and more articles which had no regard for factual accuracy, while gathering this evidence. Now, the most recent article has solidified the pattern of defamation and provided the necessary foundation for a strong legal position to take action.

## I Demand the Following Actions Be Taken Immediately:

1.  **Cessation of Defamatory Reporting**: Halt all further publication of articles by Mr. Dossett or any other reporters under your employ regarding me or our businesses, unless such articles are supported by verifiable facts.

2.  **Retraction and Correction**: Issue a public retraction of the false claims published in the December 25, 2024 article and any other defamatory articles previously published.

3.  **Review and Oversight**: Conduct a formal review of Mr. Dossett's reporting practices to address his clear lack of journalistic integrity.

## Failure To Comply:

Should you fail to comply with this demand, I will have no choice but to pursue all legal remedies available to me, including but not limited to:

- Filing a lawsuit for defamation and libel.
- Seeking compensatory and punitive damages.
- Requesting injunctive relief to prevent further publication of defamatory content.

Please be advised that this letter does not constitute a complete or exhaustive statement of all my rights and remedies, legal or otherwise. I reserve the right to take additional legal action as I deem necessary.

**Response Deadline:**

I expect a written response acknowledging receipt of this letter and detailing your intended corrective actions no later than **10 business days** from the date of this correspondence.

Sincerely,

Cynthia Blanchard

CEO/Copper Tree, Inc.
The Price Tower
510 S. Dewey Ave.
Bartlesville, OK  74003
PH:  310-435-5707
email: cynthia@thepricetower.com