# EXHIBIT C-9

**Pre-Publication Notice Communication from Cynthia Blanchard to James D. Watts Jr. (Tulsa World) and Astrid Garcia, Lead Counsel, Lee Enterprises (March 31, 2025)**

**Subject:** Clarification Regarding Price Tower Reporting
**From:** Cynthia Blanchard <cynthia@thepricetower.com>
**Date:** 3/31/25, 10:39 AM
**To:** James Watts <James.Watts@tulsaworld.com>
**CC:** astrid.garcia@lee.net
**BCC:** Cynthia French blanchard <cdfblanchard@gmail.com>

Dear Mr. Watts,

I am reaching out regarding your March 30, 2025  article about the upcoming auction of Price Tower. While I appreciate the coverage and your interest in this important landmark, I feel compelled to clarify a few elements that I believe mischaracterized my role and the circumstances surrounding the bankruptcy process.  I copy Ms. Garcia for documentation purposes.

The decision to seek Chapter 7 bankruptcy protection was not an effort to "force a stay" in the sale, but rather a wise and strategic move under immense external pressure and complex litigation. It was also necessary to remove the matter from a highly politicized and, frankly, compromised local environment that was increasingly manipulated by outside interests. The federal bankruptcy process has brought critical transparency and fairness to what had become an untenable situation.

Additionally, using my personal name instead of the company name in your narrative was both derogatory and defamatory, and your reference to my experience was incorrect. While I do not have a background in traditional historic preservation, I have decades of executive experience in business leadership and our team's efforts helped guide Price Tower into a "for-profit" model that provides the Tower the opportunity to grow to the point of supporting itself. Now the door is open for the next owner to take the Tower to the next level of success and preservation.  Our stewardship of Price Tower was driven by a sincere effort to protect it from those who, in my view, did not have its best long-term interest at heart.

I share your interest in ensuring the future of Price Tower, and I hope future coverage will include greater context about the motivations behind the transition to federal bankruptcy court and the values guiding the auction process. Scott Schlotfelt, the court-approved broker, can provide any updated details regarding bidding procedures and qualified interest.

Thank you.

Sincerely,
Cynthia Blanchard

--
Cynthia Blanchard
PH:  310-435-5707