# EXHIBIT D-1

**Communication from Realtor Cheryl Green re: Buyer Withdrawal from 2628 Mountain Road, Bartlesville, OK Residential Sale (May 29, 2025)**



From: **Cheryl Green** cgreen@mcgrawrealtors.com
Subject: Fwd: 2628 Mountain Rd
Date: May 29, 2025 at 7:20 PM
To: Cynthia French blanchard cdfblanchard@gmail.com

FYI…

Cheryl Green
McGraw Realtors
918.519.4922

Begin forwarded message:

**From:** Cheryl Green <cgreen@mcgrawrealtors.com>
**Date:** May 20, 2025 at 9:27:15AM CDT
**To:** Debbie Jenkins <djenkins@mcgrawrealtors.com>
**Subject: Re: 2628 Mountain Rd**

Ok, thanks for the update. Really appreciate your efforts to make something work! Let me know if anything changes!

 **CHERYL GREEN**
918.519.4922
mcgrawrealtors.com/bio/cgreen
124 SE Frank Phillips Blvd | Bartlesville, OK 74003



PLEASE NOTE: Neither McGraw Realtors, nor McGraw associates will send wiring instruction to a buyer for the closing of the sale of a property purchased through McGraw Realtors,. Wiring instructions will come only from the title company or institution that is handling the closing of the sale of the property. IN THE EVENT THAT YOU RECEIVE WIRING INSTRUCTIONS IN AN EMAIL, PLEASE VERIFY WITH THE CLOSING COMPANY BY PHONE THAT IT ACTUALLY CAME FROM THAT INSTITUTION.

On Tue, May 20, 2025 at 9:03AM Debbie Jenkins <djenkins@mcgrawrealtors.com> wrote:

At this point they are out….Im giving them a little time and then will try again but all the negative press etc just hit them hard.

Deb



PLEASE NOTE: Neither McGraw Realtors, nor McGraw associates will send wiring instruction to a buyer for the closing of the sale of a property purchased through McGraw Realtors,. Wiring instructions will come only from the title company or institution that is handling the closing of the sale of the property. IN THE EVENT THAT YOU RECEIVE WIRING INSTRUCTIONS IN AN EMAIL, PLEASE VERIFY WITH THE CLOSING COMPANY BY PHONE THAT IT ACTUALLY CAME FROM THAT INSTITUTION.

On Tue, May 20, 2025 at 8:57AM Cheryl Green <cgreen@mcgrawrealtors.com> wrote:

Good Morning, Deb!

Just checking in to see if your California buyer is still considering this home I have listed OR if because of all the negative publicity targeted at the seller (as you previously mentioned), they've decided to take a different route.

Hoping they are still interested as unless they build, this is the only house I'm aware of in Bartlesville that has all the green energy efficiencies they really want.

Would really appreciate an update.



CHERYL GREEN
918.519.4922
mcgrawrealtors.com/bio/cgreen
124 SE Frank Phillips Blvd | Bartlesville, OK 74003

PLEASE NOTE: Neither McGraw Realtors, nor McGraw associates will send wiring instruction to a buyer for the closing of the sale of a property purchased through McGraw Realtors,. Wiring instructions will come only from the title company or institution that is handling the closing of the sale of the property. IN THE EVENT THAT YOU RECEIVE WIRING INSTRUCTIONS IN AN EMAIL, PLEASE VERIFY WITH THE CLOSING COMPANY BY PHONE THAT IT ACTUALLY CAME FROM

THAT INSTITUTION.