# EXHIBIT E-1

**FLWC Press Release: Conservancy acquires historic Price Tower artifacts (August 7, 2025)**

Search...

BROWSE BY CATEGORY

ADVOCACY

# Conservancy acquires historic Price Tower artifacts

Acquisition ensures long-term preservation and public accessibility of these Wright-designed items



**Items acquired by the Conservancy include copper tables, an armchair, the building's original lobby directory board, and unique embossed copper panels.** *Photos courtesy of 20cdesign.*






The Frank Lloyd Wright Building Conservancy has taken the extraordinary step of acquiring eleven original pieces designed by Frank Lloyd Wright for Price Tower in Bartlesville, Oklahoma. While the Conservancy does not typically purchase architectural artifacts, this rare acquisition was made to prevent the further sale and dispersal of these items, and to ensure their eventual return to Price Tower.

These significant artifacts are protected under the Conservancy's preservation easement but were sold without our permission in spring 2024. Thanks to persistent advocacy and lengthy negotiations, the

items are now secure in the Conservancy's custodianship. We intend for the items to once again become part of the Price Tower experience for visitors.

The acquired artifacts were designed by Frank Lloyd Wright and include the building's original lobby directory board, an armchair, three copper tables, two stools, and four unique embossed copper panels. Each of these items are integral to Wright's architectural vision for Price Tower, itself significant for its extraordinary design, the only skyscraper built by one of America's greatest architects.

"We negotiated a purchase price that prioritized preservation over litigation," said Barbara Gordon, Executive Director of the Frank Lloyd Wright Building Conservancy. "Our top priority was to keep these artifacts together and off the private market. Our aim now is to return them to the building that they were designed for: Price Tower. The purchase allowed us to secure our easement-protected items without the uncertainty and high cost of pursuing further legal action. We're deeply grateful to the generous donors who made it possible for us to save these unique Wright-designed items."

The artifacts are now in secure, museum-quality art storage in the Dallas area. While the Conservancy's acquisition of these items was made independently of current Price Tower ownership, the Conservancy is committed to working with the new owners to return the pieces to public display in Bartlesville when the time is right.

[Read more about our Price Tower advocacy effort >>](#)

*Posted August 7, 2025*

## RELATED STORIES

[Read more about our Price Tower advocacy effort >>](#)



## What U.S. withdrawal from UNESCO means for *The 20th-Century Architecture of Frank Lloyd Wright*

Wright's work will remain on the World Heritage List, where it was inscribed in 2019



## Federal agency staff & budget cuts impact our mission

Recent & potential future changes negatively affect our efforts to preserve Frank...



## Take action to support Hollyhock House

City of Los Angeles budget cuts threaten staff positions crucial to preservation...