# EXHIBIT E-2

**FLWC Website-Published Timeline (Updated May 5, 2025)**

# PRESERVATION IN ACTION

| Search... | BROWSE BY CATEGORY | |
|---|---|---|

### ADVOCACY

## SUCCESS STORY: Price Tower in Bartlesville, Oklahoma

Price Tower sold to McFarlin Building LLC on May 5, 2025. We look forward to supporting their efforts to revitalize the building, consistent with the preservation easement we hold on it.





**Price Tower** *photo by John H. Waters, AIA*

   

*This page is being maintained as a public record of the events that took place involving the Price Tower between spring 2024 (when we learned that items protected by our easement had been sold) and May 2025 (when the building was sold to new owners). We consider this a successful advocacy effort and look forward to supporting the new owners' efforts to revitalize the building.*

## The Threat:

The Frank Lloyd Wright Building Conservancy is the holder of a preservation easement on Price Tower in Bartlesville, Oklahoma, that protects the building and prevents the owners from selling certain items in it without our review and approval.

It was announced on August 21, 2024, that the tower would be sold at auction. Successful auction sales of Wright-designed properties have occurred in the past, and we hope that a purchaser will emerge with the resources and vision necessary to care for this remarkable landmark into the future. The terms of our easement on Price Tower require that we have the opportunity to inform potential purchasers about the terms of the easement, and to work with them to ensure that it continues to be upheld even after the property changes ownership.

The tower has been slated to be sold via online auction several times beginning in November 2024, but no auction has taken place.

On October 21, 2024, the owner filed a lawsuit against the Conservancy claiming that the preservation easement we hold is null and void. The Conservancy strongly objects to the baseless claims of this lawsuit and stands by the terms of its easement. On December 12, 2024, the Conservancy's attorneys filed a response to the lawsuit in court, and we announced the addition of Willkie Farr & Gallagher LLP to the legal team defending our preservation easement.

In late January 2025, litigation between the current owners of the Price Tower and a potential purchaser, McFarlin Building LLC, resulted in a flurry of activity. On January 16, a judge ordered that utility service be restored to the tower to protect it from freezing temperatures. On January 21, the same judge ordered that the building be sold to McFarlin Building LLC pursuant to the terms of the contract they sued to enforce. On January 22, the current owners of the building filed for bankruptcy. We are extremely concerned that this might delay the court-ordered sale of the building, which is without utilities and therefore at risk of damage from freezing temperatures.

We remain fully engaged in ensuring that the easement protections are enforced, and hopeful that the building and collection will ultimately come into the possession of an owner with the vision and resources to steward them carefully. We are grateful for the information and support we have received from fans and advocates for Price Tower, both locally and globally, and we are committed to securing a good outcome.

*Background:*

In late April 2024, local Bartlesville media reported that the owners of Price Tower had sold items from the Price Tower collection to a mid-century design dealer in Dallas. Most of the media attention focused on the sale of a Bruce Goff-designed gate from the Joe Price estate, Shin'enKan. It was reported that Price Tower's owner, which purchased the Tower in 2023, was struggling to financially support the Tower's operations.

The Conservancy immediately reminded the owner that, under the terms of the easement, they were not permitted to sell easement-protected items without the Conservancy's consent. The owner did not disclose that easement-protected items had been included in the sale.

In late June 2024, the Conservancy learned that easement-protected items from the collection had indeed been part of that sale. The Conservancy found protected items offered for sale online by the Dallas-based dealer. The items in the sale included a one-of-a-kind rolling directory board, architectural copper relief panels, an armchair, and copper tables and stools, all designed by Wright for the Price Tower. These items were sold without the Conservancy's review or approval.

The owner incorrectly claims that the easement is now invalid because the Tower is no longer owned by the not-for-profit Price Tower Arts Center, from which the current owners purchased it. However, the easement remains fully in place because it is recorded with the property deed and runs with the land. The easement is not affected by changes in ownership.

In early July, the Conservancy sent legal communications to the owner and the dealer that purchased these items. The communication demanded that the resale of the items be halted, and that the items be returned to the Price Tower collection. The Conservancy has been in communication with the dealer, which is still in possession of these items.

On August 8, 2024, the Conservancy filed UCC (Uniform Commercial Code) statements against the owners of Price Tower to put potential buyers on notice that covered items from Price Tower cannot be sold without the Conservancy's consent. We also officially notified the leaders of the major auction houses of the UCC filings and our legal interest in these items. The Conservancy will seek legal recourse against any purchaser of items in the Price Tower collection that are covered by the Conservancy's easement.

On August 9, 2024, it was reported that the Inn at the Tower had closed, employees were laid off, and rental tenants were notified that they would be required to move out within 30 days.

For more information on the Conservancy's easement program, visit our [Easements](#) page. A detailed timeline about Price Tower, including recent events, can be found below on this page.

Below is a selection of the items that have been sold from Price Tower without the Conservancy's review or approval:

## Preservation Solution:

_Immediately:_

Easement-protected items that were recently sold must be returned to the collection and there must be no further sales of easement-protected items. This is not a sustainable strategy for saving the Tower.

_Going forward:_

A new owner must be found that can develop a viable business model for Price Tower. Despite the building's significance both locally and internationally, the existing Price Tower business model has struggled for decades. This has led to years of challenging financial issues and deferred maintenance. The sale of its collection is not a sound or sustainable business model.

## Take Action:

If you are considering buying an item from Price Tower, make sure you have a clear understanding of the item's provenance and confirmation that the item has been sold without encumbrances. Some items have been separated/deaccessioned from the building in the past and may be traded freely, but the removal of items from the collection in 2024 was not approved by the Conservancy.

## Why It Matters:

The importance of preserving Frank Lloyd Wright's architectural masterpieces extends far beyond their physical presence. These iconic buildings are not merely structures; they embody innovative design principles that can only be truly understood through firsthand experience. By safeguarding these unique spaces, we ensure that future generations can access the transformative benefits they offer—intellectually, emotionally, and physically. Protecting Wright's work allows us to foster deeper connections to nature, family, and community, enriching our lives and inspiring a happier, healthier, and more connected way of living.

# About Price Tower

## Location:

Bartlesville, Oklahoma

## Year Designed:

1952

## Designations and Legal Protections:

- National Register of Historic Places
- National Historic Landmark
- Easement held by Frank Lloyd Wright Building Conservancy

## Historic Significance:

Price Tower is the tallest habitable structure designed by Frank Lloyd Wright to be built. The Price Tower was conceived and designed for Harold C. Price, Sr., as a multipurpose tower for commercial and residential use in the heart of

Bartlesville, Oklahoma. The Tower was the corporate headquarters for Price's oil pipeline and chemical coatings company. It also offered leased spaces for smaller firms, as well as luxury apartments.

The Tower is a variation on Wright's unbuilt 1928 design for lower Manhattan called St. Marks in the Bowery. The conception of Price Tower is different from typical rigid steel-frame skyscraper construction of the 1950s. Price Tower's 19 floors cantilever out from a central utility-filled core, creating a single, organic form.

For more background information on the history of the building, see *Prairie Skyscraper: Frank Lloyd Wright's Price Tower* , edited by Anthony Alofsin (New York: Rizzoli, 2005).

# Price Tower Timeline

○ **May 5, 2025**

**Price Tower sold to McFarlin Building LLC**

McFarlin Building LLC has closed on the purchase of the Price Tower. There were no other bids placed in the bankruptcy auction. The Conservancy looks forward to supporting their efforts to revitalize the building, consistent with the preservation easement we hold.

○ **April 24, 2025**

An article published in the *Bartlesville Examiner-Enterprise* provides more detail about the collections.

○ **March 2025**

**Conservancy makes easement visit to Price Tower**

In coordination with the court-appointed bankruptcy trustee handling the sale of the building, the Conservancy was able to gain access for an easement visit. We found that key historic interiors and collections at Price Tower are overall in fair to good condition. We subsequently published an overview of our findings online.

## March 28, 2025

### Sale process & timeline for Price Tower announced

The court-appointed bankruptcy trustee for the Price Tower has officially announced the process and timeline for the sale of the building. A different court had ordered it to be sold to McFarlin Building LLC in January, but the bankruptcy filing delayed the sale. Bids to purchase the building will be accepted by the bankruptcy trustee until through April 28, after which the auction will take place on May 6. McFarlin is the "stalking horse bidder" and will purchase the building for $1.4 million unless a higher qualified bid is received and accepted. The Conservancy and McFarlin have signed a Memorandum of Understanding to ensure that our preservation easement on the building and collections will be respected should they complete the purchase, and any other potential bidders are required to review our easement prior to placing bids. The Conservancy is pleased that this process is moving forward quickly, as Price Tower needs a new owner who understands the building, has the financial means and patience to care for it properly, and will partner with us in honoring our preservation easement.

Anyone interested in learning more or potentially placing a bid can contact Scott Schlotfelt at sschlotfelt@commercialoklahoma.com.

## January 29, 2025

### Chapter 7 bankruptcy receiver appointed

As the next step in the bankruptcy process for Price Tower, the court has appointed a chapter 7 trustee. The role of the bankruptcy trustee is to protect, manage and oversee the sale of the assets. Though a different court had previously ordered the building to be sold to McFarlin Building LLC, the start of bankruptcy proceedings makes it unclear if or when this sale will happen. The Conservancy's representatives continue to monitor these complex legal

cases as appropriate and engage with the various parties involved, including the chapter 7 trustee, to defend our easement and urge a speedy resolution given the vulnerability of the building at this time. As of this moment the utilities are still disconnected, but multiple parties are involved in efforts to restore them.

## January 21-22, 2025

### Judge orders Price Tower to be sold; owners declare bankruptcy

On January 21, Judge Russell Vaclaw orders Copper Tree Inc and Green Copper Holdings LLC to sell Price Tower to McFarlin Building LLC, pursuant to the terms of a previously-agreed contract that McFarlin Building LLC sued to enforce. The next day, Copper Tree Inc and Green Copper Holdings LLC declare bankruptcy. In their bankruptcy court filing, they claim to have a total of $216 in the bank. The Conservancy is following updates on how this will impact the court-ordered sale of the building, which remains without utilities.

Andy Dossett at the *Bartlesville Examiner-Enterprise* published a detailed article on the impact of the bankruptcy on the court-ordered sale, as well as an update on the items previously sold out of the collection.

## January 16, 2025

### Judge orders utilities restored to Price Tower

Washington County Judge Russell Vaclaw orders Copper Tree, Inc., and Green Copper Holdings, LLC, to reinstate all utilities immediately, citing urgent concerns over freezing temperatures and the risk of significant damage to the landmark building. Utilities had been shut off in December. "This building is a priceless artifact of paramount importance to the community and state," Vaclaw wrote. The order was issued as part of ongoing litigation between the owners and a potential purchaser of the tower. Read more in the *Bartlesville Examiner-Enterprise >>*

## December 12, 2024

### Conservancy responds in court to lawsuit brought by owners of Price Tower

On December 12, the Conservancy's attorneys responded in court to the lawsuit filed by the owners of Price Tower. Our response emphasizes the legal validity of the easement and its importance in preserving the legacy of Frank Lloyd Wright, which includes not only the tower itself, but artwork, furnishings, and other features. We also announced the addition of Willkie Farr & Gallagher LLP to the legal team defending our preservation easement.

Read more >>

## November 17, 2024

### Price Tower pulled from auction

Price Tower had been scheduled to be sold in an online auction taking place November 18-20, 2024. The tower was pulled from the auction shortly before it was scheduled to begin.

## October 21, 2024

### Owner of Price Tower files lawsuit against Conservancy

On October 21, 2024, the owner filed a lawsuit against the Conservancy claiming that the preservation easement we hold is null and void. The Conservancy strongly objects to the baseless claims of this lawsuit and stands by the terms of its easement. Read our response to the lawsuit here >>

## September 27, 2024

### McFarlin Group files suit against Price Tower owner

On September 27, 2024, McFarlin Building LLC filed suit against the owner claiming a breach of contract in relation to a May 2024 agreement to sell the building to McFarlin.

## August 22, 2024

### Price Tower listed for auction

The tower was listed for auction on August 22nd. The Conservancy added it to our Wright on the Market listings. The auction will take place online, November 18-20, and the starting bid is $600,000. Click here for details.

## ○ August 21, 2024

**Auction of Price Tower is announced**

The Conservancy is aware that the owners of the Price Tower have announced that it will be sold via auction. Successful auction sales of Wright-designed properties have occurred in the past, and we hope that a purchaser will emerge with the resources and vision necessary to care for this remarkable landmark into the future. The terms of our easement on Price Tower require that we have the opportunity to inform potential purchasers about the terms of the easement, and to work with them to ensure that it continues to be upheld even after the property changes ownership.

We are fully engaged in ensuring that the easement protections are enforced through the auction process, for both the building and associated collections. We are grateful for the information and support we have received from fans and advocates for Price Tower, both locally and globally, and we are committed to securing a good outcome.

## ○ August 9, 2024

**Closure of Price Tower announced**

The *Bartlesville Examiner-Enterprise* reports that, within 30 days, Price Tower will close completely. The Tower's inn has been shut down, employees have been laid off, and rental tenants have been informed that they must move out.

## ○ August 8, 2024

**The Conservancy files UCC statements**

On August 8, UCC (Uniform Commercial Code) statements are filed against the owners of the Price Tower. We also officially notified the leaders of the major auction houses of the UCC filings and our legal interest in these items. This

puts potential buyers on notice that protected items from the Price Tower collection cannot be sold without the Conservancy's consent.

The UCC statements were filed against three legal entities, and are available as PDFs via these links: Green Copper Holdings; Copper Tree Inc.; and Cynthia Blanchard.

Prior to August 8, the Conservancy worked actively behind the scenes, hoping to achieve a positive outcome without taking legal action, and we thus refrained from making any public comment about our engagement until that date.

## July 2024

**Legal communications are sent to the owner and mid-century-design dealer**

In early July, the Conservancy learns that easement-protected items from the Price Tower collection are being resold by a Dallas-based dealer. The Conservancy initiates legal communications to the owner of Price Tower and the dealer, demanding they stop the items' resale and that they be returned to the Price Tower collection.

## Spring 2024

**Price Tower items sold to mid-century dealer in Dallas**

A Bartlesville Examiner-Enterprise article reports that items have been sold from the Price Tower collection.  The article focuses primarily on the sale of Bruce Goff-designed items.

The Conservancy reminds the owners of Price Tower that under no circumstances are protected items to be sold or separated from the Tower without the prior approval of the Conservancy. The owners do not disclose that easement-protected items have in fact been sold.

## March 2023

**Green Copper Holdings buys Price Tower**

In spring 2023, the Price Tower Arts Center (PTAC) board [decides to sunset the organization and sell the property](#) to private buyers, reportedly for $10 and the assumption of the building's debt. The new owner promises the community it will invest heavily in the building.

An introductory meeting with the new owners outlines the terms of the Conservancy's easement and the organization's role in monitoring and enforcing the easement.

## ○ May 2022

### Collection inventory

Conservancy staff spend several days on site to inventory items covered by the easement, including furniture and building components in storage.

## ○ 2019 & 2022

### Items sold from collection

For years the Price Tower Art Center (PTAC) struggles financially. Its non-profit board finds it difficult to fund regular operations, address deferred maintenance and make needed upgrades to the building infrastructure. PTAC board members resort to taking out personal loans to cover expenses.

In 2019 and 2022, the decision is made to sell items from the collection at auction in order to pay bills. The Conservancy discusses this course of action with the PTAC. Because the items to be sold are similar to other items in the collection that are being retained, the Conservancy approves the sales. All agree that this is not a sound strategy to sustain the future of the Tower's operations.

## ○ 2015

Price Tower is included as one of ten buildings in a submission to UNESCO for inscription on the World Heritage List. Unfortunately, a 2019 revision to that nomination removes the Price Tower and one other building from the list prior

to inscription.

## 2011

### Easement donated to the Frank Lloyd Wright Building Conservancy

The PTAC board donates a preservation easement to the Conservancy. The easement protects the exterior, certain interior spaces, and collection items on the museum floors in the building and annex storage space.

## 2007

### Price Tower designated a National Historic Landmark

## 2002-03

### Price Tower conserved and renovated

During a comprehensive, eighteen-month conservation of the building's exterior and interior, patinated copper louvers are repaired, window film is removed, and minor repairs are made to the exterior concrete finishes. Interior renovations involve the conversion of eighteen of the tower's upper-floor offices and four of its apartments into hotel rooms and a restaurant for the Inn at Price Tower. In cases where original fabric or equipment is removed to accommodate new functions—such as some of the partition wall panels and fireplace units and patinated copper hoods—these items are placed into the permanent collection of the Price Tower Arts Center (PTAC).

## 2001

### Phillips Petroleum donates the Tower to the Price Tower Arts Center, a private 501c3 organization

## 1981

H.C. Price Co. relocates to Dallas and sells the Tower to Phillips Petroleum

## 1974

**Price Tower listed on the National Register of Historic Places**

## 1956

**Price Tower dedicated**

The building is dedicated during a public celebration and open house in February 1956. Over 12,500 of Bartlesville's nearly 17,500 citizens visit the tower. Wright attends the dedication and boldly proclaims: "This is an assertion of the American sense of itself. This upraised hand on the prairie is a symbol of American independence. Now the skyscraper comes into its own on the rolling plains of Oklahoma."

## 1953

**Construction begins**

Culwell Construction Company is the contractor, and the contract price is $1,250,000.

## 1952

**H.C. Price Company commissions building design**

Price Company building committee, including Harold and Mary Lou Price and their sons Harold Jr. and Joe, visit Frank Lloyd Wright at Taliesin to discuss the project.

*Posted August 7, 2024*

## RELATED STORIES



## Conservancy addresses lawsuit filed by owner of Price Tower

The Conservancy strongly objects to the baseless claims of the lawsuit filed against...



## Price Tower Arts Center membership votes to sell building

Wright's 1952 landmark in Bartlesville, Oklahoma, will be sold to new owners who...



## Conservancy acquires historic Price Tower artifacts

Acquisition ensures long-term preservation and public accessibility of these Wright-designed...