# EXHIBIT E-3

**Transcript, May 3, 2024 Zoom Call with FLWC Board (Barbara Gordon, John Waters, Ron Duplack)**

**BARBARA:**  Yeah, I mean, we had heard through, you know, once that news got out, it like pinged across America.

**CYNTHIA:** Of course it did, because that was what they wanted.

BARBARA: Yeah, and that's when I sent you the email.

BARBARA:  Yeah. Just said, hey, I'm hearing this. I'm hearing you're also trying to sell it. Please introduce us.

**CYNTHIA:** Absolutely.

**BARBARA**:  You know, and, you know, on our side, it doesn't matter who owns it.

And we can have that, you had just brought that up, Paul, that maybe Ron can help clarify. But the easement runs with the land. So, Ron, did you want to speak to that?

RON:  Yeah, the easement doesn't really extinguish.

It's perpetual. It runs with the land. And the provision that you're talking about really relates to the responsibility of the person that owns the property.

And if for some reason they disappear, they dissolve, they do whatever, it's incumbent upon that existing not-for-profit to turn over its assets somewhere so that there's a successor not-for-profit that stands in the shoes to maintain the building and the property. Our objective in getting any easement is similar to what you just said, Cynthia, your objective is to protect this property against all potential threats so that it can be preserved as a portion of the Frank Lloyd Wright legacy. Now, to do that, the easement was put in place.

We have easement rights with regard to the real estate itself and some limited rights to some of the other attributes that are associated with the building, which would be Frank Lloyd Wright designed elements, components, and things. Those are all part of a schedule that was put together at an earlier point. So we do have some limited rights.

We don't have rights to all of the, say for example, all of the Bruce Goff materials that might be there or whatever else. But our focus is basically on protecting the building so that if, and I'm a bit confused as far as you said that you acquired the, I don't know what you acquired, if you acquired the assets of the not-for-profit, if you have your own not-for-profit now that has acquired those assets.

**CYNTHIA**:  No, the assets are acquired by the for-profit corporation. All the assets are in the for-

**PAUL:**  All the assets are owned by Copper Tree or Green Copper Holdings, which is a wholly owned subsidiary.

**CYNTHIA:**  And I apologize for interrupting, but I just needed to clarify that before you went forward because-

RON:  So if the other not-for-profit, the pre-existing not-for-profit, whatever status it is in at this point, whether it's a shell or whatever it is, we would still have our rights under the easement to require that whatever that entity is, whoever has it now, or to put in place through any type of legal proceeding, somebody that would stand in the shoes of the prior management of that shell to identify a not-for-profit to turn over to the successor not-for-profit the rights coexistent with the ownership of the property, as well as the obligations to maintain the preservation of the property pursuant to the easement restrictions. So, and unfortunately, it's not something that we would welcome, that we would want to do or whatever.

Obviously, our objectives generally are accomplished through cooperative action with owners of properties and going out to the general public because there's obviously a substantial interest in preserving these properties so that we have some capability of putting together limited resources or contacts or whatever, creating publicity that would enable parties of interest to finance whatever remedial action or other types of action might be appropriate.

**CYNTHIA**:  May I ask you what you have done to that end in the past to help Price Tower financially? What have you all actually done to help them with what you just said? What have you done? Have you brought in financial help for them in the past? Have you been able to do that?

**RON**:  I couldn't tell you.

**CYNTHIA**:  I don't think you have, according to what the sources.

**RON**:  From time to time, we have put people in contact with them. I don't remember if we actually made a loan to them. But in certain situations, we've made limited financial accommodations to different property owners, not to the extent that we're going to take over or become responsible for funding of a $20 million restoration of a property.

But we have in other situations accommodated owners so that through FEMA or other types of funding that was available but placed in jeopardy due to other types of financial limitations that the owner had that wouldn't permit them to take advantage of those types of financing opportunities. We have provided bridge funding of unlimited amounts.

**CYNTHIA**:  Did Price Tower Arts Center nonprofit board ever come to you for that kind of help? Do you know? You don't remember?

**RON:**  I can't speak to that. I don't remember. I can't recall. They may have forever been a dollar short and a day late.

**CYNTHIA**:  Well, and I'll be honest with you. This easement has tied their hands horribly. And at the same time, we're going to agree to disagree on some of these points.

And let's just say this has no bearing on our respect for you all and your mission and what you're doing and what you're trying to do. At the same time, everything that you just said, although we appreciate it. If you think that by tying Price Tower's hands without helping financially is within your purview in this situation.

**PAUL**:  Or helps the preservation of the tower.

**CYNTHIA**:  Yeah, it doesn't help the preservation. In fact, it hurts the preservation of the tower. You all don't want this property. You don't want to be responsible for it. What it costs to run this.

But that's if you want to argue. Well, I know what I know that, but we've had three different legal groups that includes that includes the legal departments of two billionaire tech family offices that have had the same. Agree at the same conclusion that we have come to about that easement about the extinguishment clause.

So that is going to be a point of challenge, and I fully intend to pass this along to the next steward with full disclosure and transparency, and they will be able to deal with you because they may have a different opinion. I will say this. Anybody that comes in, anybody, if they feel like their hands are tied and their feet are tied by a nonprofit organization that's not willing to step up and help financially to preserve the tower, but comes and tries to tell the owner that is now financially and liably responsible for this.

It's going to be problematic and we don't we're not trying to pick a fight with you guys at all. We want to support and enhance and lift you up as much as we can. But this is the realities.

And when the nonprofit board transferred and we acquired that property, we said we would do the best job we could within the bounds of what we had to do to honor the spirit of that, and we have. And so we will continue to do that. But you all have to understand and please with all due respect, because I really think what you guys do is amazing.

We would love to have this relationship. We'd love and again, I'm probably not going to be here much longer. But if you tie price tower ownership hands to the extent that they cannot turn this tower around and the businesses around and and, then it'll fail.

**BARBARA:**  Can you explain what you think the easement is doing. That's trying its hands. Can you explain?

**CYNTHIA:**  Well, I think the email that I received, I hope you know that you can't do this.

You can't do that. You can't do this. And you know what? If we have to do what we have to do to make sure that the tower does not go into bankruptcy, then we do it now again.

**Barbara:**  By selling the items. That's what my email was.

**CYNTHIA**:  Yes, yes. And again, this has been a precedent that the nonprofit did. Tens of times more than we have done. And I understand why they did it, because they have to keep the doors open.

They were going out getting donations, but those donations from especially the foundations turned over to pay payroll for the hotel or pay the utility bills. And the foundations got tired of having their money taken for supposed maintenance or capital improvements and it having to be turned into that. And they stopped donating at that point.

And you all probably know this. And like in 2019, Price Connors was very excited to tell me about the $300,000 worth of Frank Lloyd Wright items that they took to Heritage Auction. I don't think they got that much in the auction, but they sold a lot.

Now, whether you knew about that or not, I don't know.

**BARBARA:**  So that's exactly the point is that they did not communicate and talk to us about that.

**CYNTHIA:**  What would you have said though? What would you have said if they had? I'm just curious.

**Barbara:**  We would have gone through what they were. And our understanding was that in the end, because Price is so involved in the collection, that in the end, some of them were things they had multiples of. So for instance, the garbage cans.

**CYNTHIA:**  Okay.

**BARBARA:**  There were those.

**CYNTHIA:**  But did you talk to, did they come to you?

**BARBARA**:  Heritage Auctions?

**CYNTHIA:**  No, no, no. No, Price Tower.

**BARBARA**:  that's the problem and the lack of communication with the Price Tower Art Center. So what we did is we facilitated a meeting with them.

**CYNTHIA:**  Okay.

**BARBARA:**  And that was really the basis of our visit out in 2022..

(Transcribed by TurboScribe.ai. Go Unlimited to remove this message.)