# EXHIBIT E-4

**FLWC 2019 Correspondence Re: Prior PTAC Auction Sales Through Heritage Auctions**

**From:** Rick Loyd rloyd@pricetower.org
**Subject:** RE: Upcoming auction/easement
**Date:** September 26, 2019 at 1:19 PM
**To:** Barbara Gordon bgordon@savewright.org, Price Connors price.connors@pricetower.org
**Cc:** John Waters jwaters@savewright.org, Scherubel scherubel@comcast.net, Ron Duplack rduplack@rieckcrotty.com

Thanks for the follow up. We will continue to keep you posted as we continue our mission.

**Rick Loyd**  ///  Executive Director



510 South Dewey Ave  ///  Bartlesville, OK 74003
M > 918.397.0188  ///  O > 918.336.4949 x101
***pricetower.org***

**From:** Barbara Gordon <bgordon@savewright.org>
**Sent:** Thursday, September 26, 2019 10:48 AM
**To:** Rick Loyd <rloyd@pricetower.org>; Price Connors <price.connors@pricetower.org>
**Cc:** John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** RE: Upcoming auction/easement

Dear Rick,

Thank you for providing clarification on the items to be auctioned. While it would be our preference that the items pertaining to Price Tower remain with the PTAC collection, at this point there does not appear to be documentation that would warrant any objection by us with regard to this auction.  We appreciate your efforts in notifying us of the auction and conferring with us as to items to be offered, and we hope that you keep us in the loop in the event of future auctions or proposed transfers of scheduled collection items.

The Conservancy's easement monitoring report from August 2018 shows that PTAC continues to do a fine job of stewarding  the built fabric of the Tower. We urge you to focus attention on the collection as well.  As the undated spreadsheet shared during our call last Monday indicates, at one point significant work was done on cataloging the items in the collection. Also, Exhibit C of the easement references "museum accession and collecting policies," if there is not currently a formal policy in place regarding the collections, it would be important to create such a policy.  The Conservancy would be glad to assist in identifying appropriate collection policy models, if that would be helpful.

We hope this discussion will be an opportunity to expand the good conversations between the Conservancy and PTAC regarding the building itself to issues relating to the collection. The PTAC holds significant items relating to not only Frank Lloyd Wright's involvement with the Tower, but also Bruce Goff's, who lived and worked in the Tower. It is clearly the intent of the easement to cover items in the collection. With ongoing discussion, we can further clarify the extent of that coverage.


Best regards,

Barbara Gordon
Executive Director
Frank Lloyd Wright Building Conservancy
53 W Jackson Blvd., Suite 1120
Chicago, IL  60604
bgordon@savewright.org
Tel 312.663.5500
fax 312.663.5505
www.savewright.org

---

**From:** Rick Loyd <rloyd@pricetower.org>
**Sent:** Tuesday, September 24, 2019 8:48 AM
**To:** Barbara Gordon <bgordon@savewright.org>; Price Connors <price.connors@pricetower.org>
**Cc:** John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** RE: Upcoming auction/easement

Good morning,

Thanks for your time yesterday regarding the FLW items Price Tower is auctioning off with Heritage Auction. Here is the list of those items, how they were acquired and the quantity remaining after these sell:

| Item | Gift From | Quantity Remaining |
|------|-----------|--------------------|
| Sloped armchair | Phillips Petroleum | 4 |
| Fireplace | Phillips Petroleum | 7 |
| Table | Phillips Petroleum | 4 |
| Stool | Phillips Petroleum | 5 |
| Side Chair | Carolyn Price | 0 |
| Pedestal desk | Carolyn Price | 0 |
| Corner Cabinet | Carolyn Price | 0 |
| Copper Relief Panel | Phillips Petroleum | 250 |
| Aluminum Wastepaper basket | Silas Family | 4 |
| Dinnerware from Imperial Hotel | Silas Family | 0 |

Please let me know any questions you may have, and I look forward to hearing from you regarding these items.

Thanks,

**Rick Loyd**   ///   Executive Director



510 South Dewey Ave  ///  Bartlesville, OK 74003
M > 918.397.0188  ///  O > 918.336.4949 x101
**pricetower.org**

---

**From:** Barbara Gordon <bgordon@savewright.org>
**Sent:** Friday, September 20, 2019 12:45 PM
**To:** Rick Loyd <rloyd@pricetower.org>; Price Connors <price.connors@pricetower.org>
**Cc:** John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** RE: Upcoming auction/easement

Yes.  Call information below.

Discuss upcoming Price Tower Arts Center auction and easement
Mon, Sep 23, 2019 2:00 PM - 3:00 PM CDT

(872) 240-3311
Access Code: 317-228-053

---

**From:** Rick Loyd <rloyd@pricetower.org>
**Sent:** Friday, September 20, 2019 9:52 AM
**To:** Price Connors <price.connors@pricetower.org>; Barbara Gordon <bgordon@savewright.org>
**Cc:** John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** Re: Upcoming auction/easement

Barbara, would Monday the 23rd at 2:00 pm CST work for you? Thanks.

Get Outlook for iOS

---

**From:** Price Connors <price.connors@pricetower.org>
**Sent:** Wednesday, September 18, 2019 7:19:09 PM
**To:** Barbara Gordon <bgordon@savewright.org>; Rick Loyd <rloyd@pricetower.org>
**Cc:** John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** Re: Upcoming auction/easement

Barbara,

Rick is out of the office this week and be returning next week.

Price

---

**From:** Barbara Gordon <bgordon@savewright.org>
**Sent:** Wednesday, September 18, 2019 7:00 PM
**To:** Rick Loyd <rloyd@pricetower.org>
**Cc:** Price Connors <price.connors@pricetower.org>; John Waters

**Cc:** 'Rice Connors' <price.connors@pricetower.org>; John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** RE: Upcoming auction/easement

Hello Rick,

I wanted to make sure that you got my email last Friday and we have ample time to touch base ahead of this auction.  Please let me know if you might be able to speak about this on Friday or Monday.

---

**From:** Barbara Gordon
**Sent:** Friday, September 13, 2019 11:16 AM
**To:** rloyd@pricetower.org
**Cc:** Price Connors <price.connors@pricetower.org>; John Waters <jwaters@savewright.org>; 'Scherubel' <scherubel@comcast.net>; Ron Duplack <rduplack@rieckcrotty.com>
**Subject:** Upcoming auction/easement

Dear Rick,

It has been brought to our attention that Price Tower Arts Center has put up several items for auction. These items are listed as being "Property from the collection of the Price Tower Arts Center, Bartlesville, Oklahoma." This has raised the concern of the Conservancy's Legal and Easement Committee as to whether these items are covered by the Conservancy's easement on Price Tower. Our concern is whether the items included in the auction are or have been accessioned items in the PTAC collection.

Paragraph 2g of the easement references the easement's Exhibit C "Protected Historic Features." Class D in Exhibit C includes, "Those objects and items (moveable or fixed) currently installed or removed from the historic building over time that shall be accessioned into the collection of Price Tower Arts Center."

There is no language in the easement that indicates that de-accessioning items from the collection removes them from the coverage of the easement. Discussion by Price Connors and John Waters indicates that a number of the items being auctioned are from the estate of Carolyn Price and have not been accessioned, but that several were de-accessioned.

Is there a time when we could discuss this with one of the members of our Legal and Easement Committee?  It is not our goal to put undue hardship on PTAC, but we are legally obligated to make sure there the requirements of the easement are upheld.

Barbara Gordon
Executive Director
Frank Lloyd Wright Building Conservancy
53 W Jackson Blvd., Suite 1120
Chicago, IL  60604
bgordon@savewright.org
Tel 312.663.5500
fax 312.663.5505
www.savewright.org

*www.savewright.org*