**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYNTHIA DIANE BLANCHARD et al.,<br>Plaintiffs,<br>- v. -<br>GANNETT CO., INC. et al.,<br>Defendants | Civil Action No. 26-CV-03722-CM<br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Justin P. Garbacz of Willkie Farr & Gallagher LLP hereby appears on behalf of Defendants (i) the Frank Lloyd Wright Building Conservancy and (ii) Barbara Gordon in the above-titled action. I hereby certify that I am admitted to practice before this Court.

DATED: September 14, 2026
New York, New York

WILLKIE FARR & GALLAGHER LLP

*/s/ Justin P. Garbacz*

Justin P. Garbacz
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8801
jgarbacz@willkie.com

*Pro Bono Counsel for Defendants the Frank Lloyd Wright Building Conservancy and Barbara Gordon*