# WILLKIE FARR & GALLAGHER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/14/2026

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 14, 2026

**HON. COLLEEN MCMAHON**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Conference is adjourned to 10/22/2026 at 10:30 Am.
Colleen McMahon
9/14/2026

Re: *Cynthia Diane Blanchard et al. v. Gannett Co., Inc. et al.*, Civil Action No. 26-CV-03722-CM

Dear Judge McMahon,

I am an Associate at Willkie Farr & Gallagher LLP ("Willkie"), which is pro bono counsel for Barbara Gordon and the Frank Lloyd Wright Building Conservancy (the "FLWBC Defendants"). I write seeking clarification from the Court regarding the initial pretrial conference currently scheduled for September 17, 2026 in the above-captioned action. *See* ECF 4.

As of the date of this letter, no summons has issued, and Plaintiffs have not requested the issuance of a summons, or made any attempt to serve the FLWBC Defendants, or any other defendant in accordance with the Federal Rules of Civil Procedure. In light of the foregoing, Willkie respectfully requests clarification from the Court. Specifically, we request clarification regarding: (i) whether the Court intends to proceed with the initial pretrial conference on September 17, 2026 and (ii) if so, whether Willkie, as counsel for the FLWBC Defendants, is expected to appear despite the current posture of the case.

The FLWBC Defendants respectfully preserve all rights, including the right to contest the Court's personal jurisdiction over them, and to challenge the timeliness and adequacy of any future attempt at service of process by Plaintiffs. Willkie submits this letter for information and clarification purposes only, and out of respect for the Court's time and its order setting a pretrial conference.

Sincerely,

*/s/Justin Garbacz*

Justin Garbacz