# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CYNTHIA DIANE BLANCHARD, an individual, and 20C DESIGN ART GALLERY, LLC, a Texas limited liability company,<br>*Plaintiff(s)*<br>v.<br>GANNETT CO., INC., et al.<br>*Defendant(s)* | ) | Civil Action No. 26-cv-03722-CM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Please see Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christian N. Martinez, Esq.
The Law Office of Christian N. Martinez, PLLC PO Box 3, Chester, New York 10918
Tel. (845) 544-9189 christian@cmartinez-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT

Southern District of New York

Blanchard et al. v. Gannett Co., Inc. et al. Civil Action No. 1:26-cv-03722-CM

## RIDER TO SUMMONS

Names and addresses of the Defendants to whom this Summons is directed

1. **GANNETT CO., INC.**
   7950 Jones Branch Drive
   McLean, Virginia 22107

2. **ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST**
   One World Trade Center
   New York, New York 10007

3. **ARTNET WORLDWIDE CORPORATION**
   233 Broadway, 26th Floor
   New York, New York 10279

4. **ARTNET AG**
   Niederwallstrasse 13
   10117 Berlin
   Federal Republic of Germany

5. **MIN CHEN**
   c/o Artnet Worldwide Corporation
   233 Broadway, 26th Floor
   New York, New York 10279

6. **SMITHSONIAN ENTERPRISES**
   c/o Smithsonian Institution, Office of General Counsel
   600 Maryland Avenue SW, Room 8200W, MRC 012
   Washington, DC 20024

7. **SONJA ANDERSON**
   c/o Smithsonian Enterprises (Smithsonian Magazine)
   600 Maryland Avenue SW
   Washington, DC 20024

8. **LEE ENTERPRISES, INCORPORATED d/b/a TULSA WORLD**
   4600 East 53rd Street
   Davenport, Iowa 52807

9. **FRANK LLOYD WRIGHT BUILDING CONSERVANCY**
   53 West Jackson Boulevard, Suite 1120
   Chicago, Illinois 60604

10. **BARBARA GORDON**
    c/o Frank Lloyd Wright Building Conservancy
    53 West Jackson Boulevard, Suite 1120
    Chicago, Illinois 60604

11. **RECURRENT VENTURES INC. d/b/a DWELL**
    701 Brickell Avenue, Suite 1550
    Miami, Florida 33131

12. **MARAH EAKIN**
    c/o Recurrent Ventures Inc. d/b/a Dwell
    701 Brickell Avenue, Suite 1550
    Miami, Florida 33131

*The John Doe Defendants 1-10 named in the First Amended Complaint are not identified and are not served by this Summons.*