# THE LAW OFFICE OF CHRISTIAN N. MARTINEZ, PLLC

PO Box 3,
Chester, New York 10918

TELEPHONE (845) 544-9189
Email: Christian@cmartinez-law.com

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

October 14, 2026

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

OK, extension granted.

Colleen McMahon
10/15/2026

**Re:**

**Blanchard et al. v. Gannett Co., Inc. et al.**
**No. 1:26-cv-03722-CM**
**Letter-Motion for a Brief Further Extension of Time to Serve Under Rule 4(m)**

Dear Judge McMahon:

I represent Plaintiffs. By order signed September 23, 2026, the Court extended Plaintiffs' time to serve, "but no longer than October 9" (ECF No. 11). The Clerk issued the summonses at 3:58 p.m. on Thursday, October 8 (ECF No. 15), which left less than one business day to serve eleven domestic Defendants in several states. Plaintiffs respectfully request a short further extension under Rule 4(m), through October 30, 2026, *nunc pro tunc* from October 9. I understand that the Court meant October 9 to be the end of the matter, and I do not make this request lightly.

The time was lost in obtaining the summonses. Plaintiffs requested them on September 23 (ECF No. 9). The Clerk returned that request the next day because it was not on the Court's form, and I did not re-file on the Court's form until October 2 (ECF No. 12). The Clerk returned that filing on October 5 for a caption error, which I corrected and re-filed the same day (ECF No. 13). On October 6 the Clerk returned it again because the docket text did not name each Defendant. I could not log in to PACER that afternoon and re-filed the next morning (ECF No. 14). The summonses issued the following afternoon.

I recognize that this request comes after the deadline and outside the two-day period in Section I.D.1 of the Court's Individual Practices. I should have re-filed sooner after September 24, and I should have written to the Court before October 9. Those failures are mine and not my clients'.

The Court has discretion to extend the time to serve even without good cause. *Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007). Plaintiffs ask the Court to exercise it for three reasons. First, Plaintiffs' defamation claims are subject to a one-year limitations period and arise from publications in 2025, so a dismissal without prejudice would likely bar their re-filing. Second, no Defendant will be prejudiced by three additional weeks. No Defendant has answered, and the two who have appeared did so through counsel on September 14 (ECF No. 6). Their counsel

offered on September 25 to accept service on stated terms, and I have accepted those terms. Third, service is underway. I have engaged a process server to serve the summonses and the First Amended Complaint (ECF No. 5) on the remaining domestic Defendants, and Plaintiffs will file proof of service as each is completed.

As the Individual Practices require, I report the following. The original deadline was August 3, 2026, and the Court extended it to October 9, 2026. This is Plaintiffs' second request, and the first was granted (ECF No. 11). Counsel for Barbara Gordon and the Frank Lloyd Wright Building Conservancy, the only Defendants to have appeared, advised after the Court's order that their clients opposed the first request and gave no reason. I asked for their position on this request by email before filing and had not received a response when this letter was filed. I will report it to the Court as soon as I have it. The extension does not require a change to any other date. The initial pretrial conference is set for October 22, 2026 at 10:30 a.m. (ECF No. 8), and Plaintiffs will be ready to proceed then or on any later date the Court prefers.

This request does not concern Defendant Artnet AG, a German company that must be served abroad under Rule 4(f), to which the Rule 4(m) period does not apply.

I thank the Court for its consideration.

Respectfully submitted,

*Christian N. Martinez*
Christian N. Martinez, Esq.

cc: All counsel of record (via ECF)