# THE LAW OFFICE OF CHRISTIAN N. MARTINEZ, PLLC

PO Box 3,
Chester, New York 10918

TELEPHONE (845) 544-9189
Email: Christian@cmartinez-law.com


October 20, 2026

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**Re:**

**Blanchard et al. v. Gannett Co., Inc. et al.**
**No. 1:26-cv-03722-CM**
**Letter-Motion to Adjourn the October 22, 2026 Initial Pretrial Conference**

Dear Judge McMahon:

I represent Plaintiffs. With the consent of counsel for Barbara Gordon and the Frank Lloyd Wright Building Conservancy, the only Defendants for whom counsel has appeared, Plaintiffs respectfully request that the initial pretrial conference scheduled for Thursday, October 22, 2026 at 10:30 a.m. (ECF No. 8) be adjourned to a date after December 7, 2026 convenient to the Court. This request is made more than 48 hours before the conference, as Section I.D.1 of the Court's Individual Practices requires.

The reason is the status of service. By order dated October 15, 2026 (ECF No. 17), the Court extended Plaintiffs' time to serve the domestic Defendants through October 30, 2026. Ms. Gordon and the Conservancy have waived service through their counsel, Willkie Farr & Gallagher LLP, and their time to respond to the First Amended Complaint runs to December 7, 2026 under Rule 12(a)(1)(A)(ii). Plaintiffs' process server is serving the remaining nine domestic Defendants, and Plaintiffs will file proof of service as each is completed. Defendant Artnet AG, a German company, must be served under the Hague Service Convention and is not subject to the Rule 4(m) period. No counsel has appeared for any other Defendant, and no Defendant's response is yet due. A conference held on October 22 would therefore proceed without most of the parties and before any Defendant has responded to the pleading, and the Court could not enter a case management plan that binds them.

As the Individual Practices require, I report the following. No party has previously requested an adjournment of the conference. The conference was rescheduled once, to October 22, by the Court's endorsement (ECF No. 8) of a September 14 letter from counsel for Ms. Gordon and the Conservancy that sought clarification and did not request an adjournment (ECF No. 7). This is Plaintiffs' first request to adjourn the conference. Plaintiffs' two prior applications (ECF Nos. 10 and 16) sought extensions of time to serve under Rule 4(m), and both were granted (ECF Nos. 11 and 17). Counsel for Ms. Gordon and the Conservancy have consented to this request and

have confirmed that they cannot speak for the other Defendants, for whom no counsel has appeared. The adjournment affects no other scheduled date. Plaintiffs will circulate a proposed case management plan once counsel have appeared for the remaining Defendants, and the parties will submit any agreed plan two days before the rescheduled conference in accordance with Section III.B of the Individual Practices.

I also write to correct the record on one point in Plaintiffs' October 14 letter-motion (ECF No. 16). That letter reported that I had asked counsel for Ms. Gordon and the Conservancy for their clients' position before filing and had not received a response. In fairness to counsel, my email was sent minutes before the letter was filed and was addressed to Mr. Garbacz, and as such, counsel had no meaningful opportunity to respond before the filing. Counsel later advised that their clients would not oppose the extension provided that, if any other Defendant's response to the First Amended Complaint comes due after December 7, 2026, Plaintiffs will extend Ms. Gordon and the Conservancy's response date to match the later date. Plaintiffs agreed to that condition on October 14, and I apologize to the Court and to counsel for the imprecision.

I thank the Court for its consideration.

Respectfully submitted,

*Christian N. Martinez*
Christian N. Martinez, Esq.

cc: Justin Garbacz, Esq., Krista Schwartz, Esq., and Zaina Fontane, Esq., Willkie Farr & Gallagher LLP (via ECF)