# THE LAW OFFICE OF CHRISTIAN N. MARTINEZ, PLLC

PO Box 3,
Chester, New York 10918

TELEPHONE (845) 544-9189
Email: Christian@cmartinez-law.com

October 29, 2026

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**Re:**

**Blanchard et al. v. Gannett Co., Inc. et al.**
**No. 1:26-cv-03722-CM**
**Letter-Motion for a Short Further Extension of Time to Serve Under Rule 4(m)**

Dear Judge McMahon:

I represent Plaintiffs. By order dated October 15, 2026 (ECF No. 17), the Court extended Plaintiffs' time to serve the domestic Defendants through October 30, 2026. Plaintiffs respectfully request a further extension of two weeks, through November 13, 2026, to complete service on the Defendants who have not yet been served or waived service. This request is filed one day before the deadline rather than the two days Section I.D.1 of the Court's Individual Practices requires, and I explain the reason below.

Since the Court's October 15 order, counsel for Barbara Gordon and the Frank Lloyd Wright Building Conservancy have waived service, with a response date of December 7, 2026. Plaintiffs' process server, ABC Legal, holds the summonses and First Amended Complaint for the remaining domestic Defendants and has not yet returned its proofs of service. In the past several days I identified in-house or outside counsel for four of the remaining corporate Defendants, and today I wrote to each of them asking whether they will accept service for their clients and for the individual Defendants those clients employ. Counsel for Lee Enterprises had already contacted me regarding the case, and counsel for Condé Nast had done the same. I expect answers within days, and each acceptance will remove a Defendant from the process server's list.

As the Individual Practices require, I report the following. The original deadline was August 3, 2026. The Court extended it to October 9, 2026 (ECF No. 11) and then to October 30, 2026 (ECF No. 17). This is Plaintiffs' third request to extend the service deadline, and both prior requests were granted. Counsel for Ms. Gordon and the Conservancy, the only Defendants for whom counsel has appeared, have been asked for their clients' position, and I will report it to the Court as soon as I receive it. The extension affects no other scheduled date. The initial pretrial conference was adjourned sine die by the Court's October 21 order (ECF No. 19), and Plaintiffs will notify the Court when service on all Defendants is complete, as that order directs.

I am mindful of the Court's statement in that order that Plaintiffs should not expect an endless amount of time, and this request is limited to what the acceptance responses and the process server's returns require. Plaintiffs will file proof of service for each Defendant as it is completed.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Christian N. Martinez
Christian N. Martinez, Esq.
Counsel for Plaintiffs

cc: Justin Garbacz, Esq., Krista Schwartz, Esq., and Zaina Fontane, Esq., Willkie Farr & Gallagher LLP (via ECF)